USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, :
                                                                           :
          PLAINTIFF, :
                                                                           :    06-CV-2621 (LTS/DFE)
            v. :
                                                                           :
ANDREAS BADIAN, et al., :
                                                                           :
          DEFENDANTS. :
                                                                           :

---

ORDER COMPELLING TESTIMONY
OF
STEFAN P. SIEGAL

      The United States of America, by and through Lev L. Dassin, Acting United States Attorney for the Southern District of New York, and Joshua Klein, Assistant United States Attorney, of counsel, has moved this Court to issue an order pursuant to the provisions of 18 U.S.C. § 6001, et seq., compelling **Stefan P. Siegal** to give testimony or provide other information which this witness is likely to refuse to give or provide on the basis of this witness' privilege against self-incrimination, as to all matters about which this witness may be interrogated in the depositions and at the trial in U.S. Securities and Exchange Commission v. Andreas Badian, et al.,06 cv 2621 LTS (DFE).

      It appearing to the satisfaction of the Court:

      1.    That said witness has been called to testify or provide other information at a deposition and before said trial;

      2.    In the judgment of Acting United States Attorney, the testimony or other information from said witness may be necessary to the public interest;

      3.    In the judgment of the Acting United States Attorney, said witness is likely to refuse to testify or provide other information on the basis of this witness' privilege against self-incrimination; and

4. That the motion filed herein has been made with the approval of **David H. Hennessy**, Acting Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in such person by 18 U.S.C. §6003 and 28 C.F.R. § 0.175.

NOW THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that **Stefan P. Siegal** shall give testimony or provide other information which this witness is likely to refuse to give or provide on the basis of this witness' privilege against self-incrimination, as to all matters about which this witness may be interrogated in a deposition and at the trial. However, no testimony or other information compelled under this order, nor any information directly or indirectly derived from such testimony or other information, may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

This order shall become effective only if, after the date of this order, the said witness refuses to testify or provide other information on the basis of this witness' privilege against self-incrimination. *This order resolves docket entry 106.* /s/

SO ORDERED: June 29, 2009.

/s/

2