UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                         :
SECURITIES AND EXCHANGE COMMISSION,    :   No. 06 CV 2621 (LTS) (DFE)
                         :
                      Plaintiff,   :   **NOTICE OF DEPOSITION**
                         :
      - against –                    :
                         :
ANDREAS BADIAN, JACOB SPINNER, MOTTES    :
DRILLMAN, JEFFREY "DANNY" GRAHAM, POND  :
SECURITIES CORPORATION d/b/a/ POND EQUITIES, :
EZRA BIRNBAUM AND SHAYE HIRSCH,            :
                         :
                    Defendants.  :
                         :
-------------------------------------------------------------------- X

      PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant Andreas Badian, by and through his attorneys, will take the deposition upon oral examination of Christopher Ehrman, on December 4, 2008 at 10:00 a.m. at the offices of DLA Piper US LLP, 500 Eighth Street, NW, Washington, DC 20004. The deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by videotape and/or stenographic means, consistent with the provisions of Federal Rules of Civil Procedure 30(b)(2) and (3). You are invited to attend and cross-examine.

Dated: New York, New York
October 21, 2008

                                    **DLA PIPER LLP (US)**

                              By: _/s/ Joshua Sohn_____
                                  Caryn G. Schechtman
                                  Joshua S. Sohn
                                  Rachel A. Gupta
                                  1251 Avenue of the Americas
                                  New York, New York  10020
                                  Tel:  (212) 335-4500
                                  Fax:  (212) 335-4501
                                  caryn.schechtman@dlapiper.com
                                  joshua.sohn@dlapiper.com
                                  rachel.gupta@dlapiper.com

                                  *Attorneys for Andreas Badian*

EAST\42187885.1