# Attachment 6

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF NEW YORK

 3           Civil Action Number 06-CV-2621 LTS (DFE)

 4

 5   - - - - - - - - - - - - - - - - - - - -

 6   SECURITIES AND EXCHANGE COMMISSION   :

 7                    Plaintiff,  :

 8            vs.                         :

 9   ANDREAS BADIAN, et al.,              :

10                    Defendants.   :

11   - - - - - - - - - - - - - - - - - - - -

12

13

14             Thursday, June 11, 2009

15                  2:25 p.m.

16

17        Videotaped Deposition of MOTTES DRILLMAN,

18   taken by Plaintiff, pursuant to Notice, held at the

19   offices of The Securities and Exchange Commission,

20   Three World Financial Center, New York, New York,

21   before Patricia Mulligan Carruthers, Certified

22   Shorthand Reporter and Notary Public of the State of

23   New Jersey and Notary Public of the State of New

24   York.

25
```

Mottes Drillman                                                                June 11, 2009
New York, NY

Page 42

[Lines 1–25 redacted]

Page 43

[Lines 1–25 redacted]

Page 44

[Lines 1–25 redacted]

Page 45

                    M. DRILLMAN
        [Lines 2–15 redacted]
16    Q.  Mr. Drillman, now, we're going to go to
17   the exciting part of the deposition.  We're going to
18   play some audiotapes for you and ask you some
19   questions about that.  I would like to first start
20   with the audiotape that is from February 21st, 2001.
21   It's in the range of 10:01:56 --
22        MR. ROSS:  Beg your pardon.  Someone
23   coughed.  Say again, please.  10?
24        MR. GUIDO:  10:01:56 to 10:04:03.  It's in
25   the Alderson transcript of that date, at Page 131,

12 (Pages 42 to 45)

Alderson Reporting Company
1-800-FOR-DEPO

Mottes Drillman                                                                                          June 11, 2009
New York, NY

Page 46

```
 1                  M. DRILLMAN
 2   Line 8, through 132, Line 11.
 3           (Whereupon, the audio clip is played.)
 4       Q.  Do you recognize any of the voices on that
 5   audio clip?
 6       A.  Yes.
 7       Q.  Whose voices do you recognize?
 8       A.  Andreas Badian; what appears to be also
 9   Danny Graham; and someone that I believe sounds like
10   myself, but I can't tell you for sure.
11           MR. GUIDO:  Mr. Fisher, will you play back
12   the tape?
13           (Whereupon, the audio clip is played.)
14           MR. GUIDO:  Stop right there.
15       Q.  Is that last voice Andreas Badian?
16       A.  Last voice?
17       Q.  The last sentence, "Start selling it
18   here."  Is that Andreas?
19       A.  It sounds like Andreas.
20           MR. GUIDO:  Pick up again, please.
21           (Whereupon, the audio clip is played.)
22           MR. GUIDO:  Stop there.
23       Q.  Is that you saying, "We've got about 175.
24   No, but we've got it covered"?
25           MR. ROSS:  Well, I think it sounds like --
```

Page 47

```
 1                  M. DRILLMAN
 2   It sounds like two different conversations, but --
 3           MR. GUIDO:  Well --
 4       Q.  At the end, it says, "We've got about
 5   175."
 6           MR. ROSS:  Is that your voice?
 7       A.  Yes.  That's my voice.
 8       Q.  Is it your voice that says, "No, but we've
 9   got it covered"?
10       A.  Yes.
11           MR. GUIDO:  Pick up again, Mr. Fisher.
12           (Whereupon, the audio clip is played.)
13           MR. GUIDO:  Stop right there.
14       Q.  Did you hear that voice?
15       A.  Yes.
16       Q.  Whose vase was that?
17       A.  I don't know.
18           MR. GUIDO:  Pick up again, Mr. Fisher.
19           (Whereupon, the audio clip is played.)
20           MR. GUIDO:  Stop right there, please.
21       Q.  Whose voice is that?
22       A.  Mine.
23           MR. GUIDO:  Pick up again, please.
24           (Whereupon, the audio clip is played.)
25           MR. GUIDO:  Stop.
```

Page 48

```
 1                  M. DRILLMAN
 2       Q.  Is that your voice -- Is that your voice
 3   on the last clip?
 4           MR. ROSS:  The ones that says, "I want him
 5   to do that"?  Yes?
 6           MR. GUIDO:  Pick up again.
 7           (Whereupon, the audio clip is played.)
 8       Q.  Do you recognize Mr. Spinner's voice on
 9   that tape?
10       A.  No.
11       Q.  Who is Cliff?
12       A.  Cliff was a trader at Pond -- Pond
13   Equities.
14       Q.  Does this refresh your recollection that
15   you gave instructions to people to place orders for
16   Cliff at Pond?
17           MR. ROSS:  Objection to form.
18   You can answer.
19       A.  Does it refresh my recollection?  No.
20       Q.  No?  Did you give instructions to anyone
21   at Refco to place orders with Cliff at Pond?
22           MR. ROSS:  Independent of hearing this?
23       Q.  Just did you ever.  I'm asking you what
24   you remember.
25           MR. ROSS:  Taking this --
```

Page 49

```
 1                  M. DRILLMAN
 2           MR. GUIDO:  I'm not talking about this
 3   specific conversation.  When I am, I will indicate.
 4       A.  So I don't recall.
 5           MR. GUIDO:  Let's go to a clip 2-21-2001.
 6   It's in the range of 12:56:16 to 12:57:09.  It's at
 7   Alderson Transcript Page 302, Line 4, through Page
 8   302, Line 21; and, before you play that, Mr. Fisher,
 9   I would like to clarify for Mr. Ross what those
10   ranges are that --
11           MR. ROSS:  Please.  Thank you.
12           MR. GUIDO:  Because some of us have been
13   living with this for a long time.
14           Those are -- When I give the date and I
15   give that range, those are the ranges that are on the
16   clips that nice systems -- recording equipment
17   generated off of the mikes that it placed at Refco,
18   and so that's how they appeared, so we identify these
19   clips, starting with that; and then the Alderson tape
20   range -- or transcript range that I give --
21   identifies the portion of -- that has been extracted
22   by the SEC to play in this proceeding, so it is not
23   that entire range that we're listening to.
24           It's only a portion to it, and the
25   reference to the a Alderson transcript is a
```

13 (Pages 46 to 49)

Mottes Drillman
New York, NY
June 11, 2009

### Page 50

```
 1                M. DRILLMAN
 2   subportion.
 3        MR. ROSS:  Thank you very much.
 4        MR. GUIDO:  Okay.  Mr. Fisher?
 5        (Whereupon, the audio clip is played.)
 6   Q.   Do you recognize the voices on that
 7   audiotape?
 8   A.   Yes.
 9   Q.   And whose voices are those?
10   A.   That would be myself and Cliff, the trader
11   at Pond.
12   Q.   Okay.  Did you place orders at Pond to
13   sell Sedona stock on behalf of Refco?
14        MR. ROSS:  Asked and answered.  Three
15   times.
16        THE WITNESS:  Sorry?
17        MR. ROSS:  I object.  That's the third
18   time he's asking the same question.  I'm not sure
19   what the point of asking that question, again, in the
20   context of playing the tape, but he's answered that
21   exact question a couple times.
22   Q.   You may answer the question.
23   A.   Can you repeat the question please?
24        THE REPORTER:  "QUESTION:  Did you place
25   orders at Pond to sell Sedona stock on behalf of
```

### Page 51

```
 1                M. DRILLMAN
 2   Refco?"
 3        MR. ROSS:  And the last two times you said
 4   you didn't recall the -- independent of what you
 5   heard the question is do you have knowledge.  Not can
 6   you listen to the tape, like the SEC or myself or
 7   Ms. Schechtman can.
 8   A.   I don't recall.
 9   Q.   Does the audiotape refresh your
10   recollection?
11   Q.   Does the audiotape refresh your
12   recollection that you placed trades to sell Sedona
13   stock at Pond on behalf of Amro?
14   A.   It appears so.
15        MR. ROSS:  The question is --
16   Q.   No.  I didn't ask you what the tape says;
17   I said does the tape refresh your recollection --
18        MR. ROSS:  Independent of the tape, do you
19   now know that you did it; or, when you say it appears
20   so, are you just saying that there seems to be a tape
21   that indicates --
22   A.   That's correct.  There seems to be a tape
23   that indicates it, but I still don't recall, at all,
24   the question that you asked me.
25   Q.   Thank you.
```

### Page 52

```
 1                M. DRILLMAN
 2        MR. GUIDO:  Let's play a tape from March
 3   2nd, 2001, in the range of 1:36:30 through 1:43:42.
 4   It's the Alderson transcript at Page 259, Line 18,
 5   through 259, Line 20.
 6        (Whereupon, the audio clip is played.)
 7   Q.   Do you recognize the voice on that tape?
 8   A.   Yes.
 9   Q.   Who is that?
10   A.   Myself.
11        MR. GUIDO:  Now, I would like to play,
12   also, from March 3rd, 2001, the range 1:55:18 through
13   1:58:35.  It's at the Alderson transcript at Page
14   268, Line 7, through 269, Line 14.
15        (Whereupon, the audio clip is played.)
16   Q.   Do you recognize any of the voices on that
17   audiotape?
18   A.   Yes.
19   Q.   Do you recognize the voice that says, "But
20   you know what?  You could have been more aggressive
21   than that because you told me to be aggressive.  You
22   also have the license to print."
23        Do you recognize that voice?
24        MR. ROSS:  Objection.
25        MS. SCHECHTMAN:  Objection.  To form and
```

### Page 53

```
 1                M. DRILLMAN
 2   mischaracterizes what the tape said.
 3        MR. GUIDO:  I'm sorry.  I'm just basing it
 4   upon my recollection and the court reporter's
 5   recollection of what was on that tape.
 6   A.   I'm sorry.  So --
 7   Q.   The last portion of that tape that talks
 8   about the aggressiveness.  Do you remember that part?
 9   A.   Do I remember that part?  No.
10   Q.   Of the tape.
11   A.   Yes.
12   Q.   Okay.  Fine.  Was that your voice?
13   A.   Yes.
14   Q.   Does that refresh your recollection of
15   what Amro's traders' strategy was in selling Sedona
16   stock in its account at Refco?
17        MR. ROSS:  Objection.
18        MS. SCHECHTMAN:  Objection.
19   A.   No.
20        MR. GUIDO:  I want to play another tape
21   from 3-2 -- March 2nd, 2001.  It's in the range
22   2:42:20 to 2:58:14.  It's Alderson Transcript Page
23   302, Line 3, through 302, Line 15.
24        MS. GUPTA:  Can you read that --
25        MR. GUIDO:  It's Alderson 302, Line 3 --
```

Alderson Reporting Company
1-800-FOR-DEPO

Mottes Drillman                                               June 11, 2009
                          New York, NY

Page 54

1         M. DRILLMAN
2         MS. GUPTA:  The start and end time.
3         MR. GUIDO:  2:42:20 to 2:58:14.
4         MS. SCHECHTMAN:  Just to confirm you've
5    gone from March 2nd to March 3rd, and this is --
6         MR. GUIDO:  I'm sorry.  Did I say March
7    3rd the last time?
8         MS. SCHECHTMAN:  Yes.
9         MR. GUIDO:  I'm sorry.  That was March
10   2nd, also.
11        (Whereupon, the audio clip is played.)
12        MR. GUIDO:  Stop right there.
13   Q.   Do you recognize any of the voices on that
14   portion of the clip?
15   A.   Yes.
16   Q.   What voices do you remember?
17   A.   Danny Graham.
18   Q.   Danny Graham?  Any others?
19   A.   No.
20        MR. GUIDO:  Let's pick up.
21        (Whereupon, the audio clip is played.)
22   Q.   Do you recognize any of the voices on that
23   last portion of the clip I played for you?  Excuse
24   me, Mr. Fisher played for you?
25   A.   No.

Page 55

1         M. DRILLMAN
2         MR. GUIDO:  All right.  Let's go to the
3    same date, March 2nd, 2001.  It's in the range
4    1:34:51 to 1:59:22.  It's the Alderson transcript of
5    that date, Page 233, Line 9, through 235, Line 6.
6         (Whereupon, the audio clip is played.)
7    Q.   Do you recognize any of the voices on that
8    audio clip?
9    A.   Yes.
10   Q.   What voices do you recognize?
11   A.   Danny Graham.
12   Q.   Any others?
13   A.   No.
14   Q.   Do you know who the other Danny is that
15   Danny Graham is referring to on that audio clip?
16        MR. ROSS:  Objection.
17   A.   No.
18        MR. GUIDO:  Mr. Fisher, will you play back
19   up until the first break?
20        (Whereupon, the audio clip is played.)
21        MR. GUIDO:  Stop right there.
22   Q.   Do you recognize any of the voices on that
23   portion of the clip?
24   A.   Yes.
25   Q.   Whose voices?

Page 56

1         M. DRILLMAN
2    A.   Danny Graham.
3    Q.   Could you hear the lower voice?
4    A.   I could hear a lower voice.
5    Q.   Is that your voice?
6    A.   I don't know.
7         MR. GUIDO:  Let's go to another clip.
8    It's March 2nd, 2001.  It's in the range 12:14:33
9    through 12:19:19.  It's the Alderson transcript at
10   Page 160, Line 12, through 161, Line 14.
11        (Whereupon, the audio clip is played.)
12   Q.   Do you recognize the voices on that audio
13   clip?
14   A.   Yes.
15   Q.   What voices do you recognize?
16   A.   Myself.
17   Q.   What about the other voice?
18   A.   I don't recognize whose voice that is.
19   Q.   Is it your voice that says, "Hey.  There's
20   a bid at Sedona"?
21   A.   Yes.
22   Q.   Is it you that says, "Hey.  I want one of
23   those things"?
24   A.   Yes.  I would like to know what that was
25   that I wanted, but...

Page 57

1         M. DRILLMAN
2         MR. GUIDO:  Let's go to another clip.
3    It's also March 2nd, 2001.  It's in the range
4    12:39:19 through 12:47:14.  It's at the Alderson
5    transcript, 144, Line 9 -- I'm sorry, 177, Line 9,
6    through 178, Line 3.
7         (Whereupon, the audio clip is played.)
8    Q.   Do you recognize the voices on that
9    audiotape?
10   A.   Yes.
11   Q.   What voices do you recognize?
12   A.   Danny Graham.
13   Q.   Do you recognize your own voice?
14   A.   No.
15        MR. GUIDO:  Now I want to go to March 6,
16   2001.  It's the range of 9:21:06 through 9:21:27.
17   It's at the Alderson transcript of that date, Page
18   56, Line 3, through Page 56, Line 8.
19        (Whereupon, the audio clip is played.)
20   Q.   Do you recognize that voice?
21   A.   Yes.
22   Q.   Whose voice is it?
23   A.   Mine.
24        MR. GUIDO:  Let's go to March 8, 2001 --
25        MS. SCHECHTMAN:  Wait, Ken.  What was the

Mottes Drillman                                                June 11, 2009
New York, NY

Page 58

```
 1              M. DRILLMAN
 2   date of the last clip?
 3         MR. GUIDO:  3-6.
 4         MS. SCHECHTMAN:  Thank you.
 5         MR. GUIDO:  The next one is March 8, 2001.
 6   It's in the range 12:13:44 through 12:17:52.  It's at
 7   the Alderson Transcript Page 91, Line 14, through 93,
 8   Line 10.
 9         (Whereupon, the audio clip is played.)
10    Q.   Do you recognize the voices on that clip?
11    A.   Yes.
12    Q.   Who are they?
13    A.   Myself and my partner.  Jay Spinner.
14         MR. GUIDO:  I would like to play for you
15   the clip from March 19th, 2001, in the range 3:34:57
16   through 3:41:18.  It's at the Alderson transcript at
17   259, Line 14, through 259, Line 16.
18         (Whereupon, the audio clip is played.)
19    Q.   Do you recognize the voice on that clip?
20    A.   Yes.
21    Q.   Whose voice is that?
22    A.   Myself.
23         MR. GUIDO:  I would like to play for you
24   the clip from March 20, 2001, in the range 2:38:38
25   through 2:54:41.  It's the Alderson transcript of
```

Page 59

```
 1              M. DRILLMAN
 2   that date, at Page 192, Line 9, through 193, Line 22.
 3         (Whereupon, the audio clip is played.)
 4    Q.   Do you recognize the voices on that
 5   audiotape?
 6    A.   I need that audiotape replayed, please.
 7         MR. GUIDO:  Replay the tape.
 8         (Whereupon, the audio clip is played.)
 9    Q.   Do you recognize any of the voices on that
10   audio clips?
11    A.   Yes.
12    Q.   Who?
13    A.   Danny Graham.
14    Q.   Any others?
15    A.   My voice, vaguely, sounds familiar.
16    Q.   I would like to play for you a clip dated
17   March 20th, 2001.  It's in the range 3:41:37 through
18   3:43:26.  It's at the Alderson transcript of that
19   date, Page 264, Line 3, through 268, Line 3.
20         (Whereupon, the audio clip is played.)
21    Q.   Do you recognize the voices on that
22   audiotape?
23    A.   Yes.
24    Q.   Whose voices do you recognize?
25    A.   Myself.
```

Page 60

```
 1              M. DRILLMAN
 2    Q.   Any others?
 3    A.   Barbara Johnston.
 4    Q.   Anyone else?
 5    A.   Ari Rabinowitz.
 6    Q.   Do you know what Barbara was referring to
 7   when she says, "They're hitting us with 248, 259
 8   shares on a buy-in"?
 9    A.   Are you asking me what that means --
10    Q.   Yeah.
11    A.   -- or specific to --
12         MR. ROSS:  He's asking you about this
13   conversation.
14    A.   This conversation?  I don't remember this
15   conversation.
16    Q.   Do you know what -- Does it refresh your
17   recollection of what the term "buy-in" means?
18         MR. ROSS:  You asked him what buy-back
19   means.  He didn't know, and then you asked him the
20   question with the word "buy-in," in it.  You never
21   asked him if he knew what a buy-in meant.
22    A.   Yes.
23    Q.   What does it mean?
24    A.   When a -- You fail to deliver a stock
25   after a certain point of time, CNS will acquire you
```

Page 61

```
 1              M. DRILLMAN
 2   to buy-in the stock.
 3    Q.   Does this conversation relate your
 4   recollection that Refco was required to buy-in stock
 5   that Amro had shorted?
 6         MR. ROSS:  Objection.
 7         MS. SCHECHTMAN:  Objection.
 8    A.   No.
 9         MR. GUIDO:  I would like to go to --
10         MR. ROSS:  The witness wanted to ask me a
11   question.  Can I lean over --
12         MR. GUIDO:  You can go off the record, if
13   you want.
14         MR. ROSS:  One second.  Yes.  Please.
15         THE VIDEOGRAPHER:  Going off the record.
16   The time is 4:19.
17         (Whereupon, a recess is taken.)
18         THE VIDEOGRAPHER:  Back on the record.
19   The time is 4:20.
20         MR. GUIDO:  In the future, any time you
21   want to consult with your counsel, just indicate, and
22   we'll go off the record for you.
23    A.   Thank you.
24         MR. ROSS:  Thank you.
25    Q.   The next clip is March 21st, 2001.  It is
```

Mottes Drillman
New York, NY
June 11, 2009

```
                                                    Page 62
 1              M. DRILLMAN
 2   in the range 3:04:56 through 3:06:53.  It is in the
 3   Alderson Transcript Page 137, Line 7, through -- I
 4   don't know if -- This says 109, Line 9.  I suspect
 5   it's 139, Line 9.
 6         (Whereupon, the audio clip is played.)
 7      Q.   Do you recognize any of the voices on that
 8   audio clip?
 9      A.   Yes.
10      Q.   What voices do you recognize?
11      A.   Myself; and pardon the language on it.
12      Q.   Pardon?
13      A.   Pardon the language on it.
14      Q.   Do you recognize Danny Graham's voice?
15      A.   I would have to play that again.
16           MR. GUIDO:  Play the first page.
17         (Whereupon, the audio clip is played.)
18      Q.   Did you hear the sentence, "See nice big
19   bid on Sedona"?  Did you hear --
20           MR. ROSS:  Objection.  I didn't
21           MS. SCHECHTMAN:  Objection
22      A.   No.
23           MR. GUIDO:  Let's go to March 21st, 2001,
24   in the range from 3:16:08 through 3:17:56.  It's at
25   the Alderson transcript of that date, Page 142, Line
```

```
                                                    Page 63
 1              M. DRILLMAN
 2   7, through 142, Line 9.
 3         (Whereupon, the audio clip is played.)
 4      Q.   Do you recognize that voice?
 5      A.   Not really.
 6      Q.   All right.  Let's go to March 26, 2001,
 7   and the range is 1:57:15 through 1:59:44.  It's at
 8   the Alderson transcript, at Page 275, Line 5, through
 9   276, Line 16.
10         (Whereupon, the audio clip is played.)
11      Q.   Do you recognize the voices on that audio
12   clip?
13      A.   Yes.
14      Q.   What voices do you recognize?
15      A.   Myself.
16      Q.   Any others?
17      A.   Barbara Johnston.
18      Q.   Do you recall that Mr. Maggio raised
19   questions about outstanding shorts in Amro's
20   account --
21           MR. ROSS:  Objection.
22      Q.   -- on or about March 26th, 2001?
23           MR. ROSS:  Objection.
24           MS. SCHECHTMAN:  Objection.
25      A.   No.
```

```
                                                    Page 64
 1              M. DRILLMAN
 2      Q.   No?
 3           MR. GUIDO:  I want to play the tape from
 4   March 26, 2001, also, for you.  That is in the range
 5   of 2:05:59 through 2:07:45.  It's at the Alderson
 6   Transcript 283, 03, through 285, Line 7.
 7         (Whereupon, the audio clip is played.)
 8      Q.   Do you recognize the voices on that audio
 9   clip?
10      A.   Yes.
11      Q.   Who are the voices?
12      A.   Myself.
13      Q.   And who else?
14      A.   Andreas Badian.
15      Q.   Does that refresh your recollection that
16   the -- Mr. Maggio had raised questions about the
17   length of time the shorts had been outstanding in the
18   Amro account at Refco?
19           MR. ROSS:  Objection.
20           MS. SCHECHTMAN:  Objection.
21      A.   No.
22      Q.   Do you know what the symbol AFFI stands
23   for?
24      A.   No.
25      Q.   I want to play for you the tape March 26,
```

```
                                                    Page 65
 1              M. DRILLMAN
 2   2001.  It's in the range 9:05:06 through 9:10:07, and
 3   it is the Alderson transcript, at Page 51, Line 15,
 4   through Page 58, Line 5.
 5         (Whereupon, the audio clip is played.)
 6      Q.   Do you recognize the voices on that clip?
 7      A.   Yes.
 8      Q.   What voices do you recognize?
 9      A.   Myself.
10      Q.   Who's the other voice?
11      A.   Ari Rabinowitz.
12      Q.   I'm sorry.  I missed that.
13      A.   Ari Rabinowitz.
14      Q.   I would like to play you another tape of
15   3-26-01 at 9:35:45 through 9:36:26.  This is at the
16   Alderson Transcript Page 84, Line 3, through Page 85,
17   Line 3.
18         (Whereupon, the audio clip is played.)
19      Q.   Do you recognize the voices on that clip?
20      A.   Yes.
21      Q.   Whose voices do you recognize?
22      A.   Myself.
23      Q.   Any others?
24      A.   Ari Rabinowitz.
25      Q.   Do you know what the reference is you make
```

Mottes Drillman                                                                June 11, 2009
                         New York, NY

```
                                              Page 66
 1              M. DRILLMAN
 2   to a meeting -- that you just came out of a meeting?
 3        A.   No.
 4        MR. GUIDO:  Let's go to March 26, 2001.
 5   It's at 10:00:12 through 10:06:12.  It's at the
 6   Alderson Transcript Page 127, Line 3, through 127,
 7   Line 7.
 8        (Whereupon, the audio clip is played.)
 9        Q.   Do you recognize the voices on that clip?
10        A.   Yes.
11        Q.   What voices do you recognize?
12        A.   Jay Spinner.
13        Q.   Do you recognize your own voice?
14        A.   No.
15        MR. GUIDO:  Will you play it back again,
16   Mr. Fisher?
17        (Whereupon, the audio clip is played.)
18        Q.   Do you recognize your voice on that tape?
19        A.   No.
20        Q.   Was there another Matt at Refco while you
21   were there?
22        A.   I don't recall.
23        MR. GUIDO:  Let's go to March 26, 2001.
24   It's the timeframe 2:00:52 through 2:08:27.  It's at
25   the Alderson Transcript Page 142, Line 18, through
```

```
                                              Page 67
 1              M. DRILLMAN
 2   143, Line 2.
 3        (Whereupon, the audio clip is played.)
 4        Q.   Do you recognize the voice on that audio
 5   clip?
 6        A.   Yes.
 7        Q.   Whose voice is it?
 8        A.   Myself.
 9        Q.   Now, I would like to go to another clip,
10   March 26, 2001.  It's at 10:04:21 through 10:24:29.
11   It's the Alderson Transcript 146, Line 17, through
12   155, Line 15.
13        (Whereupon, the audio clip is played.)
14        Q.   Do you recognize any of the voices on that
15   clip?
16        A.   Yes.
17        Q.   What voices do you recognize?
18        A.   Danny Graham.
19        Q.   Do you recognize Andreas Badian?
20        A.   Yes.
21        Q.   Do you recognize your own voice?
22        A.   No.
23        Q.   I would like to play for you a tape from
24   3-26-01.  It's in the range 10:04:21 through
25   10:24:29.  It's at the Alderson Transcript 144, Line
```

```
                                              Page 68
 1              M. DRILLMAN
 2   3, to 144, Line 11.
 3        (Whereupon, the audio clip is played.)
 4        Q.   Do you recognize any of the voices on that
 5   clip?
 6        A.   Yes.
 7        Q.   What voices do you recognize?
 8        A.   Danny Graham.
 9        Q.   Do you recognize your own?
10        A.   No.
11        Q.   Play clip 3-26-2001, in the range 10:08:50
12   through 10:12:27.  This is the Alderson Transcript
13   Page 158, Line 8, through 161, Line 17.
14        (Whereupon, the audio clip is played.)
15        MR. GUIDO:  Stop right there.
16        Q.   Do you recognize any of the voices on that
17   portion of the clip?
18        A.   Yes.
19        Q.   What voices do you recognize?
20        A.   Danny Graham.
21        Q.   Any other voices?
22        A.   Myself.
23        Q.   Any other voices?
24        A.   Jay Spinner.
25        Q.   Do you know what Jay Spinner was referring
```

```
                                              Page 69
 1              M. DRILLMAN
 2   to when he says, "Drive it to liquidity.  Paula said
 3   the same thing -- you know, of NASDAQ"?
 4        MS. SCHECHTMAN:  Objection.
 5        MR. ROSS:  Objection.  I didn't hear that.
 6        Q.   Did you hear that?
 7        A.   I heard it, but I don't know what it's
 8   referring to.
 9        MR. GUIDO:  Let's go to page -- the
10   audiotape of March 26, '01, the range 10:25:00
11   through 11:08:23.  It's at the Alderson Transcript
12   Page 181, Line 4, through 182, Line 15.
13        (Whereupon, the audio clip is played.)
14        Q.   Do you recognize any of the voices on that
15   clip?
16        A.   Yes.
17        Q.   What voices do you recognize?
18        A.   Danny Graham.
19        Q.   Any other voices?
20        A.   Myself.
21        MR. GUIDO:  I would like to play a clip of
22   April 5th, 2001.  It's in the range 11:34:18 through
23   11:58:41.  It's at the Alderson Transcript Page 57,
24   Line 3, through 74, Line 22.
25        (Whereupon, the audio clip is played.)
```

Alderson Reporting Company
1-800-FOR-DEPO

Mottes Drillman  
New York, NY  
June 11, 2009

Page 70

1                M. DRILLMAN
2         MR. GUIDO:  Stop right there, please.
3     Q.   Do you recognize the voices on that audio
4  clip?
5     A.   Yes.
6     Q.   What voices do you recognize?
7     A.   Jay Spinner.
8     Q.   Do you recognize your own voice?
9     A.   Yes.
10    Q.   Any other voices that you hear?
11    A.   No.
12    Q.   Do you know what he was referring to when
13 he says, "Of that 50, take my double-prints"?  Do you
14 know what "double-prints" refers to?
15    A.   No.
16    Q.   Did you ever sell stock for Amro through
17 Pond and then purchase that --
18         MR. GUIDO:  Strike that.
19    Q.   Did you ever sell stock or direct --
20         MR. GUIDO:  Let me rephrase it again.
21    Q.   Did you ever direct stock to be sold on
22 behalf of Amro through Pond and then cover that
23 position out of Amro's account at Refco, in order to
24 double-report the quantity of sales that were made by
25 Amro?

Page 71

1                M. DRILLMAN
2         MR. ROSS:  Objection.
3         MS. SCHECHTMAN:  Objection.
4     A.   Absolutely not.
5         MR. GUIDO:  Let's take a break for five
6  minutes, and then we'll finish up, quickly.
7         THE VIDEOGRAPHER:  This marks the end of
8  Tape Number 2 in the videotaped deposition of Mottes
9  Drillman.  The time is 4:53.  We are off the record.
10        (Whereupon, a recess is taken.)
11        THE VIDEOGRAPHER:  This marks the
12 beginning of Tape Number 3 in the videotaped
13 deposition of Mottes Drillman.  The time is 4:54.
14 We're back on the record.
15    Q.   Were any sales made of stock by the
16 Spinner Drillman group at Refco that resulted in the
17 double reporting of the sales of the stock that
18 remain out of the Amro account?
19        MS. SCHECHTMAN:  Objection.
20        MR. ROSS:  Objection.
21    A.   I need it repeated.
22    Q.   Let me rephrase -- and that is:  Were
23 there ever any sales that were made out of the Amro
24 account that was maintained by this Spinner Drillman
25 group that resulted in double-reporting of the sales

Page 72

1                M. DRILLMAN
2  out of that account?
3         MR. ROSS:  Objection to the form.  I don't
4  know if you can answer, but you can try.
5         MS. SCHECHTMAN:  Objection to form.
6     A.   I'm not sure how -- how to answer that
7  question because I don't know how a double-print
8  would -- would -- would occur.
9     Q.   Were any sales ever made at the direction
10 of anyone as part of the Spinner Drillman group out
11 of the Pond account that was reported to the market?
12        MR. ROSS:  Objection to the form.
13    A.   I'm sorry.  I can't answer.  I don't
14 understand the question.
15    Q.   Were any sales made out of the Amro
16 account to cover sales that were made by Pond that
17 were reported to the market?
18        MR. ROSS:  Objection.
19    A.   Sales made by Amro to cover Pond?
20        MR. ROSS:  Do you want to break it down?
21    Q.   Sales made out of the Amro account to
22 Pond, to cover sales that were made to Pond.
23        MR. ROSS:  Objection.
24    A.   The question -- I can't answer that
25 question.  It -- It doesn't make any sense.  You're

Page 73

1                M. DRILLMAN
2  asking about a sale of Pond and a sale --
3         MR. ROSS:  If you can't answer --
4     Q.   I understand.
5         How long have you been in this business?
6     A.   Well, the SEC took care of that a few
7  years ago, so...
8     Q.   What did the SEC do to you?
9     A.   They placed a civil action on me.
10    Q.   Okay.  Now, do you know what a sale is?
11    A.   Yes.
12    Q.   Okay.  Were sales made of Sedona stock out
13 of Pond's proprietary account?
14    A.   I have no idea.
15    Q.   Were sales made out of the Amro account at
16 Refco to the Pond proprietary account?
17    A.   I don't recall.
18        MR. GUIDO:  Okay.  No further questions.
19        MR. ROSS:  Are you -- I guess the question
20 is --
21        MS. GUPTA:  Well, I think -- My
22 understanding is that the parties have agreed that we
23 are going to adjourn this and pick up, so that
24 counsel for Andreas Badian will have the opportunity
25 to question the witness.

19 (Pages 70 to 73)