# Attachment 7

Jacob Joseph Spinner

New York, NY

June 12, 2009

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3            Civil Action Number 06-CV-2621 LTS (DFE)
 4
 5     - - - - - - - - - - - - - - - - - - -
 6     SECURITIES AND EXCHANGE COMMISSION    :
 7                        Plaintiff,         :
 8              vs.                          :
 9     ANDREAS BADIAN, et al.,               :
10                        Defendants.        :
11     - - - - - - - - - - - - - - - - - - -
12
13
14               Friday, June 12, 2009
15                   11:16 a.m.
16
17           Videotaped Deposition of JACOB JOSEPH
18     SPINNER, taken by Plaintiff, pursuant to Notice, held
19     at the offices of The Securities and Exchange
20     Commission, Three World Financial Center, New York,
21     New York, before Patricia Mulligan Carruthers,
22     Certified Shorthand Reporter and Notary Public of the
23     State of New Jersey and Notary Public of the State of
24     New York.
25
```

Jacob Joseph Spinner

New York, NY

June 12, 2009

Page 54

```
 6        MR. GUIDO: Let's go to the audiotapes.
 7   I'm going to ask you to listen to some audiotapes,
 8   and I'm going to ask you if you can to identify some
 9   of the voices, and -- to start out, so that we can
10   confirm certain voices, I want to play a clip from
11   February 21st, 2001, in the range 8:51:05 to 9:25:54,
12   and it's at the Alderson Transcript Page 4, Line 16,
13   through Page 8, Line 8.
14        Mr. Fisher, will you please play the tape?
15        (Whereupon, the audio clip is played.)
16        MR. GUIDO: Stop right there, Mr. Fisher.
17   Q.   Do you recognize the voices on that tape?
18   A.   No.
19        MR. GUIDO: All right. Pick up.
20        (Whereupon, the audio clip is played.)
21        MR. GUIDO: Stop right there, please.
22   Q.   Do you recognize that last voice that
23   says, "Smile an evil smile"?
24   A.   No.
25        MR. GUIDO: Pick it up again.
```

Page 55

```
 1            J.J. SPINNER
 2        (Whereupon, the audio clip is played.)
 3   Q.   Do you recognize any of the voices on that
 4   audio clip?
 5   A.   One of them appears -- sounds like Danny.
 6   Q.   One of them, you think, is Danny Graham?
 7   A.   Sounds like him.
 8        MR. GUIDO: Let's play another tape.
 9   This is February 21st, 2001. This one is
10   in the clip range 8:56:10 through 10:21:13. It's at
11   the Alderson Transcript Page 58, Line 3, through 61,
12   Line 22.
13        (Whereupon, the audio clip is played.)
14        MR. GUIDO: Stop right there.
15   Q.   Do you recognize the voices on that
16   portion of the clip?
17   A.   One of them sounds like mine.
```

Page 56

```
13   Q.   Let's go to 2-21-2001. 10:01:56 through
14   10:04:03. Alderson Transcript 131, Line 8, through
15   132, Line 11.
16        MR. ROSS: What's the date of this one?
17        MR. GUIDO: 2-21-01.
18        (Whereupon, the audio clip is played.)
19        MR. GUIDO: Stop right there.
20   Q.   Do you recognize those voices?
21   A.   One of them sounds like Danny.
```

15 (Pages 54 to 57)

Alderson Reporting Company
1-800-FOR-DEPO

Jacob Joseph Spinner

New York, NY

June 12, 2009

Page 58

```
 5         MR. GUIDO: Let's go to 3-2-2001.
 6   12:48:53 through 12:59:56. The Alderson Transcript
 7   Page 185, Line 1, through 191, Line 8.
 8         (Whereupon, the audio clip is played.)
 9         MR. GUIDO: Stop right there, please.
10      Q. Do you recognize the voices on that audio
11   clip?
12      A. One sounds like Danny. The other one,
13   which is faint, it could be me, but I would have to
14   listen to a little clearer.
```

Page 59

```
10         MR. GUIDO: Let's go to March 8, 2001.
11   It's a clip range, 11:47:03 through 11:52 and no
12   seconds. It's Alderson Transcript Page 54, Line 20,
13   through 59, Line 16.
14         (Whereupon, the audio clip is played.)
15      Q. Do you recognize the voices on that
16   portion of the clip?
17      A. One is -- sounds like me. The other one
18   sounds like --
19      Q. Danny Graham's father. Didn't it?
20      A. It sounds like him, to some degree.
```

Page 60

```
18         MR. GUIDO: Let's go to March 8th, 2001.
19   The range 11:56:38 through 12:23:01. It's Alderson
20   Transcript Page 62, line 18, through Page 64, Line 7.
21         (Whereupon, the audio clip is played.)
22      Q. Do you recognize the voices on that audio
23   clip?
24      A. Danny, I recognize. The only one I could
25   figure out.
```

Page 61

```
21         MR. GUIDO: Let's go to March 8, 2001.
22   Transcript range 12:13:44 through 12:17:52. It's the
23   Alderson transcript, at Page 91, Line 14, through 93,
24   Line 10.
25         (Whereupon, the audio clip is played.)
```

16 (Pages 58 to 61)

Jacob Joseph Spinner                                                    June 12, 2009
                              New York, NY

Page 62

1                J.J. SPINNER
2     Q.  Do you recognize the voices on that
3  audiotape?
4     A.  Sounds like me talking to Matt.

[lines 5–25 redacted]

Page 63

[lines 1–6 redacted]
7          March 26, 2001.  10:00:12 through
8  10:06:02.  Alderson transcript, at Page 131, Line 13,
9  through 132, Line 14.
10         (Whereupon, the audio clip is played.)
11    Q.  Do you recognize the voices in that
12 audiotape?
13    A.  One sounds like me.

[lines 14–25 redacted]

Page 64

[lines 1–20 redacted]
21         MR. GUIDO:  Let's go to the clip March 26,
22 2001.  It's in the range of 10:04:21 through
23 10:24:29.  It's at Alderson Page 146, Line 17,
24 through 153, Line 11.
25         (Whereupon, the audio clip is played.)

Page 65

1                J.J. SPINNER
2          MR. GUIDO:  Stop right there.
3     Q.  Do you recognize the voices on that clip?
4     A.  Danny, I recognize, and I'll assume the
5  other one is Andreas.

[lines 6–25 redacted]

17 (Pages 62 to 65)



```
 5      MR. GUIDO:  I would like to play a portion
 6   of March 26, 2001.  It's in the range 10:08:50
 7   through 10:12:25.  The Alderson Transcript 158, Line
 8   8, through 161, Line 17.
 9      (Whereupon, the audio clip is played.)
10      MR. GUIDO:  Can you cut it right there?
11   Q.   Do you recognize --
12   A.   The first one, I believe, is Danny, and
13   the second one sounded like Matt.
```

Page 70

13    MR. GUIDO: Let's go to April 2nd, 2001.
14 It's 2:34:22 through 2:37:22. Alderson 138, Line 12,
15 through 139, 21.
16    (Whereupon, the audio clip is played.)
17    Q.  Do you recognize the voices on that audio
18 clip?
19    A.  Me, and it sounds like Andreas.
20    MR. GUIDO: Let's go to April 2nd, 2001.
21 The timeframe is 3:50:54 through 3:56:58. Alderson
22 Transcript 156, Line 15, through -- 146, Line 15,
23 through 148, Line 2.
24    (Whereupon, the audio clip is played.)
25    Q.  Do you recognize the voices on that audio

Page 71

J.J. SPINNER
1
2 clip?
3    A.  Myself. I recognize Matt, and I hear
4 myself saying, "Hi, Cliff."
5    Q.  Do you recognize Andreas Badian's voice?
6    A.  Andreas as well. Correct.

Page 72

13    MR. GUIDO: I want to play a clip of April
14 2nd, 2001. It's in the range 9:21:44 through
15 9:22:15. Transcript 43, Line 5, through 44, Line 22.
16    (Whereupon, the audio clip is played.)
17    Q.  Do you recognize the voices on that audio
18 clip?
19    A.  Myself and Andreas.

Jacob Joseph Spinner  
New York, NY  
June 12, 2009

Page 74

[redacted]

24  MR. GUIDO: I would like to play a clip of
25  April 2nd, 2001.

Page 75

1       J.J. SPINNER
2       MR. ROSS: Do you want to put the exhibit
3  in front of him, still, or --
4       MR. GUIDO: No.
5       At 10:40:06 to 10:56:15. Alderson
6  transcript, at Page 81, Line 10, through 82, Line 11.
7       (Whereupon, the audio clip is played.)
8    Q.  Do you recognize the voices on that
9  audiotape?
10   A.  Myself. Andreas.

[redacted]

20       MR. GUIDO: On April 2nd, 2001, in the
21  range 11:37:21 through 11:41:02, at the Alderson
22  Transcript 94, Line 11, through 95, Line 16, is a
23  clip.
24       MR. ROSS: Did we go from the 4th back to
25  the 2nd?

Page 76

1       J.J. SPINNER
2       MR. SOHN: The other one was the 2nd,
3  also.
4       MR. GUIDO: The other one was the 2nd,
5  also.
6       MR. ROSS: Thank you.
7       (Whereupon, the audio clip is played.)
8    Q.  Do you recognize the voices on that
9  portion of the audiotape?
10   A.  Myself and Andreas.
11   Q.  All right.
12       MR. GUIDO: I would like to play for you a
13  clip of April 3rd, 2001. It's in the range 1:33:57
14  through 1:53:19. It's the Alderson transcript at
15  Page 96, Line 18, through 97, Line 10.
16       (Whereupon, the audio clip is played.)
17       MR. GUIDO: Stop right there.
18   Q.  Do you recognize those voices?
19   A.  Yes.
20   Q.  Whose voices?
21   A.  Mine and my father-in-law.
22       MR. GUIDO: All right. Let's pick up
23  again.
24       (Whereupon, the audio clip is played.)
25   Q.  Do you recognize those voices?

Page 77

1       J.J. SPINNER
2    A.  That was me and my father-in-law.
3    Q.  What's your father-in-law's name?
4    A.  Burt Hochstein.
5    Q.  Can you spell both names?
6    A.  B-U-R-T. H-O-C-H-S-T-E-I-N.
7       MR. GUIDO: All right. Let's go to a clip
8  on the same day, April 3rd, 2001. It's in the time
9  range 9:17:06 through 9:30:00. It's at Alderson
10  Transcript Page 9 Line 4 through Page 14, Line 6.
11       (Whereupon, the audio clip is played.)
12   Q.  Do you recognize the voices on that audio
13  clip?
14   A.  Myself and Andreas.

[redacted]

20 (Pages 74 to 77)

Alderson Reporting Company  
1-800-FOR-DEPO



**Page 90**

21  April 4th, 2001. 9:09:44 through 9:41:13.  
22  It's at the Alderson Transcript Page 1, Line 4,  
23  through Page 7, Line 4.  
24  (Whereupon, the audio clip is played.)  
25  MR. GUIDO: Stop right there.

**Page 91**

1  J.J. SPINNER  
2  Q. Do you recognize the voices on that part  
3  of the audio clip?  
4  A. Myself and Andreas.

**Page 92**

16  MR. GUIDO: Let's go to April 4th, 2001.  
17  Range 10:39:51 through 10:51:37, and it's Alderson  
18  Transcript Page 14, Line 4, through Page 16, Line 15.  
19  (Whereupon, the audio clip is played.)  
20  MR. GUIDO: Stop right there.  
21  Q. Do you recognize your voice on that clip?  
22  A. Yes.

Jacob Joseph Spinner

New York, NY

June 12, 2009

Page 94

```
 5        MR. GUIDO:  Let's go to April 5th, 2001.
 6   It's in the range 2:18:21 to 2:39:32.  It's the
 7   Alderson Transcript 107, Line 15, through 119, Line
 8   13.
 9        (Whereupon, the audio clip is played.)
10        MR. GUIDO:  Stop right there, please.
11   Q.   Do you recognize the voices on that
12   transcript?
13   A.   I recognize mine, and the second one, I'm
14   not certain.
```



25 (Pages 94 to 97)

Alderson Reporting Company
1-800-FOR-DEPO