# Attachment 9

Andreas Badian  July 22, 2009
New York, NY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3    ---------------------------------X
 4    SECURITIES AND EXCHANGE
 5    COMMISSION,
 6                        Plaintiff,
 7         -vs-                        Civil Action No.
 8                                     06-CV-2621 LTS
 9    ANDREAS BADIAN, et al.,
10                        Defendants.
11    ---------------------------------X
12
13         VIDEOTAPED DEPOSITION OF ANDREAS BADIAN
14                    New York, New York
15                     July 22, 2009
16
17
18    Reported by:
19    Bonnie Pruszynski, RMR
20    JOB NO. 15441
21
22
23
24
25
```

Andreas Badian
New York, NY
July 22, 2009

Page 98

14   Q   Mr. Fisher, I'm going to play some
15   audio tapes for that you were recording from the
16   offices of Refco, and I would like to start with
17   one. It is February 21, 2001. It's in the range
18   of 85105 through 92554.
19       It is at the Alderson transcript,
20   page four, line 16, through page eight, line
21   eight.
22       (Audiotape played.)
23   Q   Do you recognize any of the voices on
24   that audiotape?
25   A   I think one of them is me, and I

Page 99

1   A. Badian
2   think the other one is Danny Graham.

26 (Pages 98 to 101)

Page 116

1         A. Badian
2    deposition of Andreas Badian. The time is
3    2:11.
4         We are off the record.
5         (Recess taken.)
6         THE VIDEOGRAPHER: This marks the
7    beginning of tape number three in the
8    videotape deposition of Andreas Badian.
9         The time is 2:20. We are back on the
10   record.
11        MR. GUIDO: I think have already read
12   into the record what it is. You can play
13   it.
14        (Audiotape played.)
15   Q    Do you recognize the voice on that?
16   A    It sound like me and Danny Graham.
17   Q    Let's go to 2/22/2001, 35443 to
18   43313. Alderson transcript 328, line 18, to 329,
19   ten.
20        (Audiotape played.)
21   Q    Do you recognize the voice on that?
22   A    It sounds like myself and Danny
23   Graham.

Page 115

9         MR. GUIDO: Okay. Now, Mr. Fisher,
10   February 22, 2001. It's in the range 100011
11   to 101145. It's in the Alderson transcript
12   at page 117, line seven, through 118, line
13   one.
14        MS. GUPTA: I'm sorry, line four, did
15   you say? 118, line four?
16        MR. GUIDO: 118, line one.
17        THE WITNESS: I'm sorry, sir. May I
18   have a bathroom break.
19        MS. SCHECHTMAN: Certainly.
20        MR. GUIDO: Pardon?
21        MS. SCHECHTMAN: Yes. We need a
22   break.
23        MR. GUIDO: We will take a break.
24        THE VIDEOGRAPHER: This marks the end
25   of tape number two in the videotape



Andreas Badian                                                                                  July 22, 2009
                               New York, NY

```
                                              Page 118
 1           A. Badian
 2     Q    Now, let's go to 3/1/2001, 90030 to
 3   93422.
 4           MS. GUPTA: In the Alderson
 5   transcript?
 6           MR. GUIDO: Alderson transcript page
 7   38, line 12, through page 41, line 13.
 8           MS. SCHECHTMAN: I just want to
 9   object to the form of the last two
10   questions.
11           (Audiotape played.)
12   BY MR. GUIDO:
13     Q    Do you recognize the voices in that
14   transcript?
15     A    They sound like Danny Graham and
16   myself.
17     Q    Let's go to 3/1/2001, 111739 through
18   112051; Alderson 121, line 4, through 130, line
19   15.
20           (Audiotape played.)
21     Q    Do you recognize the voices on that
22   audiotape?
23     A    It sounded like Danny Graham.
24     Q    Do you recognize your voice?
25     A    I was in there earlier, yeah, I
```

```
                                              Page 119
 1           A. Badian
 2   guess. Sorry.
 3     Q    I would like to go to March 2nd,
 4   2001, 33524 through 33567; Alderson transcript,
 5   256, line seven, through 256 line 22.
 6           MS. SCHECHTMAN: I just want to
 7   clarify that there appeared to be other
 8   voices on the tape as well.
 9           MR. GUIDO: I understand.
10     Q    But did you recognize your voice and
11   Danny Graham's voice?
12     A    Yes.
13           MS. SCHECHTMAN: Okay.
14           (Audiotape played.)
15     Q    Do you recognize the voices on that?
16     A    They sound like myself and Danny
17   Graham.
18     Q    Let's go to 3/5/2001, 84114 through
19   84542. And it is Alderson transcript page five,
20   line four, through page seven, line 13.
21           (Audiotape played.)
22     Q    Do you recognize the voices on that
23   audiotape?
24     A    It sounds like myself and Danny
25   Graham.
```

```
                                              Page 120
 1           A. Badian
 2     Q    I would like to go to 3/5/2001, 32433
 3   through 35248, Alderson transcript 428, line four,
 4   through 429, line two.
 5           (Audiotape played.)
 6     Q    Do you recognize the voices on that
 7   audiotape?
 8     A    They sound like myself and Danny
 9   Graham.
10     Q    Okay. March 5th, 2001, 33143 to
11   35248. Alderson transcript, 433, line six,
12   through 436, line 22.
13           (Audiotape played.)
14     Q    Do you recognize your voice in that
15   audiotape?
16     A    It sounds like me and Danny Graham,
17   and some other people.
```



```
23     Q    Let's go to March 6, 2001. 83443 to
24   93630. And it is at Alderson page 11, line 20,
25   through page 16, line ten.
```

```
                                              Page 121
 1           A. Badian
 2           (Audiotape played.)
 3     Q    Do you recognize the voices on that
 4   audiotape?
 5     A    It sounds like Danny Graham and
 6   myself.
```

31 (Pages 118 to 121)



Page 122

17  Q   I would like to play the tape from
18  March 8, 2001. 90626 through 93034, Alderson
19  transcript, page nine, line 19 through page 11,
20  line eight.
21      (Audiotape played.)
22  Q   Do you recognize the voices on that
23  audiotape?
24  A   Sounds like Danny Graham and myself
25  goofing off once again.

Page 123

1   A. Badian
2   Q   Okay. I would like to play the tape
3   March 8, 2001. It's 114703 through 115200.
4   Alderson transcript, page 54, line 20, through
5   page 59, line 16.
6       Although I would like to have the
7   Mr. Ryan start this partway into that selection.
8       (Audiotape played.)
9   Q   Starting where you asked about
10  shorting in another stock, do you recognize the
11  voices from that point on?
12  A   I think it's Jay, but it might be
13  Matt.
14  Q   Jay Spinner or Matt Drillman?
15  A   Yes.
16  Q   And you were the other person --
17  A   Right.
18  Q   -- on that part of the conversation?
19  A   Right.

Page 124

17  Q   Let's go to March 8, 2001, 115638
18  through 122301. That is Alderson at six -- page
19  62, line 18, through page 64, line seven.
20      (Audiotape played.)
21  Q   Do you recognize the voices on that
22  audiotape?
23  A   It sounds like Danny Graham and
24  myself.

Page 125

14  Q   Let's go to March 12, 2001, 90052 to
15  90049, Alderson transcript page four, line four
16  through page six, line 21.
17      (Audiotape played.)
18  Q   Do you recognize your voice on that?
19  A   It sounds like myself and Danny
20  Graham.
21  Q   And Danny Graham talking to somebody
22  else later on?
23  A   Yes.

Andreas Badian  
New York, NY  
July 22, 2009

Page 126

```
 8      Q    Let's go to March 12, 2001. This
 9   time 121846 through 122853. It's the Alderson
10   transcript at page 129, line nine, through 139,
11   12.
12           (Audiotape played.)
13      Q    Do you recognize the voices on that
14   audiotape?
15      A    I do. They sound like Dean Graham
16   and myself.
17      Q    Okay. Let's go to the next one,
18   which I think is March 14, 2001, at 81908 through
19   90712. Alderson transcript, page 11, line 12,
20   through page 19, line five.
21           (Audiotape played.)
22      Q    Do you recognize the voices on that
23   audiotape?
24      A    They sound like Danny Graham and
25   myself.
```

Page 127

```
 1      A.  Badian
 2      Q    Let's go to March 15, 2001, 121138
 3   through 12641. It's Alderson transcript 68, line
 4   20, through 72, line 14.
 5           (Audiotape played.)
```

33 (Pages 126 to 129)

Andreas Badian                                              July 22, 2009
                        New York, NY

```
                Page 130                                    Page 132
                                         1        A. Badian
                                         2   myself.
                                         7        MR. GUIDO: You can stop right there,
                                         8   Mr. Fisher.
                                         9        Let's go to 3/21/01, 90900 through
10        MR. GUIDO: Trading authority, okay.  10   93259. Alderson transcript, 322 -- page
11   Q    Now, let's go to March 19, 2001,    11   three, line 22, through page eight. Line
12   84701 through 95948.                     12   12.
13        That is Alderson page four, line 11, 13        (Audiotape played.)
14   through page six, line seven.            14   Q    Do you recognize the voices on that
15        (Audiotape played.)                 15   audiotape?
16   Q    Do you recognize the voices on that 16   A    They sound like Danny Graham and
17   audiotape?                                17   myself.
18   A    Sounds like Danny Graham and myself. 18   Q    Okay. 3/22/2001, 103523 through
19   Q    Okay. Let's go to 3/19/2001, 34948  19   105322. Alderson transcript page 46, line 21
20   through 41041.                           20   through 47, line 11.
21        That is the Alderson transcript 294, 21        (Audiotape played.)
22   line 20, to 295, line 12.                22   Q    Do you recognize the voices on that
23        (Audiotape played.)                 23   audiotape?
24   Q    Do you recognize the voices on that 24   A    They sound like Danny Graham and
25   audiotape?                                25   myself.

                Page 131                                    Page 133
1         A. Badian                          1         A. Badian
2    A    It sounds like Danny Graham and    2    Q    3/22/2001, 115658 through 123159.
3    myself.                                 3    Alderson transcript page 60, line two to page 60,
4    Q    Let's go to 3/20/2001 at 90406     4    line 11.
5    through 93625. Alderson transcript 14, line four, 5        (Audiotape played.)
6    through 18, line eight.                 6    Q    Do you recognize the voices on that
7         (Audiotape played.)                7    audiotape?
8    Q    Do you recognize the voices on that 8   A    They sound like Danny Graham and
9    audiotape?                              9    myself.
10   A    It sounds like Danny Graham and    10   Q    We will go to March 23, 2001, 14403
11   myself.                                 11   through 30206. It's the Alderson transcript, 186
                                             12   line 16, through 187, line 15.
                                             13        (Audiotape played.)
                                             14   Q    Do you recognize the voices on that
                                             15   audiotape?
                                             16   A    One of them sounds like Danny. I
                                             17   don't recognize the other.
19        March 20, 2001, 122730 through
20   122241. Alderson transcript page 81, line four,
21   through page 81, line 20.
22        (Audiotape played.)
23   Q    Do you recognize the voices on a
24   audiotape?
25   A    They sound like Danny Graham and
```

                                              34 (Pages 130 to 133)

Alderson Reporting Company
1-800-FOR-DEPO

Andreas Badian  
New York, NY  
July 22, 2009

Page 134

19  Q    Now, let's go to March 26, 2001.
20       83713 through 92504.  It's Alderson
21  transcript page 28, line six, through page 30,
22  line six.
23       (Audiotape played.)
24  Q    Do you recognize the voices on that
25  audiotape?

Page 135

1         A. Badian
2   A    It sounds like myself and Danny
3   Graham.
4   Q    Okay.  Look at, listen to 3/26/2001,
5   94326 through 103322, Alderson page 96, line 12
6   through 97, line seven.
7        (Audiotape played.)
8   Q    Do you recognize the voices on that
9   audiotape?
10  A    They sound like Danny Graham and
11  myself.
12  Q    Let's go to the clip at 3/26/01,
13  94326 through 100332.  And it's at Alderson page
14  99, line ten, through 101, line nine.
15       (Audiotape played.)
16  Q    Do you recognize the voices on that
17  audiotape?
18  A    They sound like Danny Graham, but
19  then he's talking to someone else.  I'm not sure
20  who that is.  And then he talking to me at some
21  point.
22  Q    I would like to play the clip 3/26/01
23  from 94326 through 100332.  It's Alderson
24  transcript 103, line seven, through 106, line 17.
25       (Audiotape played.)

Page 136

1         A. Badian
2   Q    Do you recognize you voice on that
3   audiotape?
4   A    It sounds like Danny Graham and
5   myself, and he's taking to go someone else, I
6   don't know who that is.

21  Q    Let's go to 3/26/01 at 100012 through
22  100602.  It's the Alderson transcript at 131, 13
23  through 132, 14.
24       (Audiotape played.)
25  Q    In these tapes on the 26th, you

Page 137

1         A. Badian
2   indicated that you were paradoxical, I think was
3   the term you used.
4   A    Right.



Andreas Badian  
New York, NY  
July 22, 2009

Page 142

1    A. Badian
2    Q    Let's go to March 26th, also in the
3    timeframe 100421 to 102429. Alderson transcript
4    146, line 17 through 155, 15.
5         MS. GUPTA: Ken, I just didn't hear.
6    For the start time it was 1004.
7         MR. GUIDO: 21 through 102429.
8         MS. GUPTA: Thank you.
9         (Audiotape played.)
10   Q    Do you recognize the voices on that
11   audiotape?
12   A    They sound like Danny Graham and
13   myself. And I think there were some other people
14   in the background. I'm not sure.
15   Q    Let's go to 3/26/2001. 102500 to
16   110823. It's Alderson transcript 179, line three,
17   through 180, line 14.
18        (Audiotape played.)
19   Q    Did you have three different people
20   bidding on that stock that you asked Danny Graham
21   to sell?
22   A    I don't recall.
23   Q    Do you recognize your voice on that
24   transcript?
25   A    Yeah.

Page 143

10   Q    It's exactly the same day.
11        Let's go to 3/26/01, 110902, 115109,
12   Alderson transcript page 221, line six, through
13   221, line 22.
14        (Audiotape played.)
15   Q    Do you recognize the voices on that
16   audiotape?
17   A    Sounds like Danny Graham and myself.

Page 144

3    Let's go to 3/26/01, 12528 through
4    13727.
5         MS. GUPTA: Alderson transcript?
6         MR. GUIDO: Alderson transcript, page
7    246, line 17, through 247, line 17.
8         (Audiotape played.)
9    Q    Let's go to -- do recognize the
10   voices on that audio script?
11   A    Sounds like Danny Graham and myself.
12   Q    3/26/01, 22559 through 20725 Alderson
13   transcript 283, line three, to 285, line seven.
14        (Audiotape played.)
15   Q    Do you recall -- do you recognize the
16   voices on that transcript?
17   A    Sounds like myself and either Jay or
18   Matt.

25   Q    All right. Let's go to 3/27/2001,

Page 145

1    A. Badian
2    103248 through 112820.
3         It's Alderson transcript at page 38,
4    line 13, through 39, line seven.
5         (Audiotape played.)
6    Q    Do you recognize the voices on that
7    transcript or audio clip?
8    A    They sound like myself and Danny
9    Graham and the third person that I don't
10   recognize.
11   Q    3/27/01, and 124651 through 124839,
12   Alderson transcript, page 44, line 14, through 44,
13   line 20.
14        (Audiotape played.)
15   Q    Do you recognize the voices on that
16   audiotape?
17   A    It sounds like myself and either Jay
18   or Matt.
19   Q    Okay. Let's go to 3/28/2001, 84444
20   through 93917, Alderson transcript page 22, line
21   ten, through 23, line 17.
22        (Audiotape played.)
23   Q    Do you recognize the voices on that
24   audiotape?
25   A    Sounds like Danny Graham and myself.



37 (Pages 142 to 145)

Andreas Badian  
New York, NY  
July 22, 2009

Page 146

```
15        MR. GUIDO: I want to play for you,
16   Mr. Badian, a clip of 3/28/01 at 10952
17   through 122753, at the Alderson transcript,
18   page 81, line nine, through 82 line ten.
19        (Audiotape played.)
20   Q    Do you recognize the voices on that
21   audiotape?
22   A    They sound like Danny Graham and
23   myself.
```

Page 147

```
11   Q    Okay. 3/28/01, 125208 through 12421.
12   Alderson transcript page 93, line ten, through 94,
13   line 15.
14        (Audiotape played.)
15   Q    Do you recognize the voices on that
16   audiotape?
17   A    They sound like Danny Graham and
18   myself.
```

38 (Pages 146 to 149)

Andreas Badian  
New York, NY  
July 22, 2009



Page 153

24  Q   Let's go to a clip at 3/29/01, 43312  
25      to 43554. It's Alderson page one, line three,

Andreas Badian

New York, NY

July 22, 2009

### Page 154

```
 1         A. Badian
 2   through page four, line 13.
 3           (Audiotape played.)
 4       Q   Do you recognize the voices on that
 5   audiotape?
 6       A   It sounds like either Jay or Matt and
 7   myself.
```
[lines 8–25 redacted]

### Page 155

[lines 1–14 redacted]
```
15       Q   Let's go to the next clip, which is
16   at 4/02/2001, 92244 through 94416. It's Alderson
17   page 43, line five, through 44, line 22.
18           (Audiotape played.)
19       Q   Do recognize the voices on that
20   audiotape?
21       A   They sound like either -- oh, my. I
22   forgot their names -- Jay and Matt and myself.
23       Q   And Jay Spinner and Matt Drillman and
24   yourself?
25       A   Yes.
```

### Page 156

```
 1         A. Badian
 2       Q   Now, I want to play a tape 4/02/2001,
 3   104056, Alderson transcript, 81 line, ten through
 4   82, line 11, and also 4/02/2001, 114738 through
 5   115255. Alderson page 98, line four, through 99
 6   line four.
 7           (Audiotape played.)
 8       Q   Do you recognize the voices on those
 9   audiotapes?
10       A   It sounds like either Matt or Jay and
11   myself.
```
[lines 12–18 redacted]
```
19       Q   Let's go to April 4, 2001 at 90944
20   through 93113, Alderson transcript, page one, line
21   four through page seven, line four.
22           (Audiotape played.)
23       Q   Do you recognize the voices on that
24   audiotape?
25       A   They sound like either Matt or Jay
```

### Page 157

```
 1         A. Badian
 2   and myself.
```
[lines 3–14 redacted]
```
15       Q   Let's go to another set of clips, and
16   it's at April 4th, 2001, 103951 through 105237.
17   It's at Alderson page 5, line four, through page
18   16 line 15.
19           (Audiotape played.)
20           MR. GUIDO: You can stop it there.
21       Q   Do you recognize the voices on that
22   audiotape?
23       A   They sound like either Jay or Matt
24   and myself.
25       Q   All right. I want to play the tape,
```

Andreas Badian                                               July 22, 2009
                        New York, NY

Page 158

```
 1           A. Badian
 2   4/12/2001 22342 through 23957, Alderson
 3   transcript, 206, line 17, through 209, line three.
 4           (Audiotape played.)
 5           MR. GUIDO: You can stop right there.
 6      Q    Do you recognize the voices on that
 7   audiotape?
 8      A    They sound like Danny and myself.
 9      Q    I would like to play for you, tape at
10   4/12/2001, 32445 through 33611?
11           MS. GUPTA: Can I get the transcript
12   references?
13           MR. GUIDO: Alderson 214, line 15,
14   through 217, line six.
15           (Audiotape played.)
16      Q    Do you recognize the voices on that
17   audiotape?
18      A    They sound like Danny Graham and
19   myself.
20      Q    Okay. I would like to play
21   4/12/2001, 33802 through 33544.
22           MS. GUPTA: Alderson transcript page.
23           MR. GUIDO: Alderson 221, 03 through
24   221, 09.
25           (Audiotape played.)
```

Page 159

```
 1           A. Badian
 2      Q    Do you recognize the voices on that
 3   audiotape?
 4      A    They sound like either Matt or Jay
 5   and myself.
 6      Q    I would like to direct -- I would
 7   like you direct to you 4/16/01, 94751 to 100225,
 8   and it's Alderson transcript page 34, line 17
 9   through 36, line three.
10           (Audiotape played.)
11      Q    Do you recognize the voices on that
12   audiotape?
13      A    They sound like Danny Graham and
14   myself.
```

[Remainder of page 159 redacted]

                                        41 (Pages 158 to 161)

Andreas Badian                                                    July 22, 2009
                           New York, NY

```
                                                    Page 162
 3      Q    I would like to play for you a clip
 4   at 4/20/2001, 83427 through 95225. It's the
 5   Alderson transcript at page 29, line two, through
 6   page 30, line three.
 7          (Audiotape played.)
 8      Q    Who are the voices on that audiotape?
 9      A    That sounds like myself and Danny
10   Graham.
11      Q    I would like to play for you
12   April 19th, 2008, 92001 through 95458, Alderson
13   transcript, page nine, line four, through page 11,
14   line 12.
15          MS. GUPTA:  This one was April 19th.
16   Was the one previously -- the one previously
17   was April 20th?
18          MR. GUIDO:  I just jumped ahead of
19   myself.
20          MS. GUPTA:  I just wanted to make
21   sure.
22          (Audiotape played.)
23          MR. GUIDO:  Stop the tape.
24      Q    Do you recognize the voices on that
25   audiotape?
```

```
                                                    Page 163
 1      A.  Badian
 2      A    They sound like Danny Graham and
 3   myself.
```



                                             42 (Pages 162 to 165)