# Attachment 12

Page 1

1

2

3

4

5

6

7

8

9                          SEC v. Badian

10

11                       Audio Transcription

12

13                          March 2, 2001

14

15

16

17

18

19

20

21

22

SEC v. Badian                                                                 March 2, 2001



Page 160

1   Start: 3/02/2001 12:14:33 PM, Stop: 3/02/2001 12:19:19 PM,
2        Logger: 338601, Channel: 35, Session ID: 59974

12       [Phone dialing]
13       Trading: Hello?
14       "Matt" Moses Drillman: Hey, there's a bid on
15   Sedona, SDNA for 3,000 at 1 and 9/32s.  Can you sell it,
16   please?
17       Trading: Okay.
18       "Matt" Moses Drillman: Thanks.
19       [Phone call ends]
20       "Matt" Moses Drillman: If you're going to talk
21   on those things, I got to get one, too, okay?
22       [Unintelligible]

Page 161

1        "Matt" Moses Drillman: Yeah, I want one of those
2    things.  I want to be able to talk to everyone.
3        [Unintelligible]
4        "Matt" Moses Drillman: Can we get one?
5        [Unintelligible]
6        "Matt" Moses Drillman: Yeah, I want to start
7    talking to everyone.
8        [Background]
9        "Matt" Moses Drillman: Who?
10       [New phone call]
11       "Matt" Moses Drillman: Refco.
12       Trading: You sold 3,000 SDNA.
13       "Matt" Moses Drillman: Thank you.
14       [Phone call ends]

41 (Pages 158 to 161)

SEC v. Badian                                                     March 2, 2001



Page 174

1    Start: 3/02/2001 12:39:99 PM, Stop: 3/02/2001 12:47:14 PM,
2          Logger: 338601, Channel: 34, Session ID: 59907

Page 177

9          Jeffrey Danny Graham:  Here, flush this up
10   because we're not trading this anymore.
11         "Matt" Moses Drillman:  Sedona?
12         Jeffrey Danny Graham:  Yeah.
13         [Audio break]
14         Jeffrey Danny Graham:  Sell some more at a
15   quarter or no?
16         "Matt" Moses Drillman:  Sedona?
17         Jeffrey Danny Graham:  I hit 2,000 earlier at a
18   quarter.
19         "Matt" Moses Drillman:  At a quarter?
20         Jeffrey Danny Graham:  Yeah.
21         "Matt" Moses Drillman:  Oh, I would wait.  I hit
22   3,000 at 9/32s.

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian                                                      March 2, 2001



Page 178

1        Jeffrey Danny Graham:  When?
2        "Matt" Moses Drillman:  Just about half an hour
3        ago.

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian

March 2, 2001



**Page 182**

1   Start: 3/02/2001 12:48:53 PM, Stop: 3/02/2001 12:59:56 PM,
2       Logger: 338601, Channel: 34, Session ID: 59909

22       [Audio break]

**Page 185**

1       [New phone call]
2       Jeffrey Danny Graham:  This is Danny.
3       "Jay" Jacob Spinner:  Danny, what's up?
4       Jeffrey Danny Graham:  What's going on?
5       "Jay" Jacob Spinner:  Nothing.  Is Matt around?
6       Jeffrey Danny Graham:  No, he's in the office
7   with Barbara.  Do you want to talk to him?
8       "Jay" Jacob Spinner:  Oh, it's not that
9   important.  We working anything today?
10      Jeffrey Danny Graham:  Not really.
11      "Jay" Jacob Spinner:  Working anything for
12  Badian?
13      Jeffrey Danny Graham:  Not really.  Sedona.
14  TVCP.
15      "Jay" Jacob Spinner:  You think he's giving other
16  stuff elsewhere?
17      Jeffrey Danny Graham:  Do I?  I don't really
18  think much is going on at all.
19      "Jay" Jacob Spinner:  You don't think he has
20  anything going on now?
21      Jeffrey Danny Graham:  No.  I mean, might have a
22  couple things.  I just think the liquidity on all of the

47 (Pages 182 to 185)

SEC v. Badian

March 2, 2001

Page 186

1. stocks are dry.

2.     "Jay" Jacob Spinner: Are you getting off any

3. Sedona?

4.     Jeffrey Danny Graham: Yeah. They've done --

5.     "Jay" Jacob Spinner: You been working that WHME

6. again?

7.     Jeffrey Danny Graham: Yep. Done 20,000 of that.

8.     "Jay" Jacob Spinner: That should be a decent

9. markdown.

10.     Jeffrey Danny Graham: Yeah.

11.     "Jay" Jacob Spinner: What's the average on it?

12.     Jeffrey Danny Graham: Our average? 127. Yeah.

13. Matt said we were going to mark it down seven cents.

14.     "Jay" Jacob Spinner: We need to.

15.     Jeffrey Danny Graham: So I said okay.

16.     "Jay" Jacob Spinner: Where's [unintelligible]

17. now? Is that [unintelligible] on top of that? Probably

18. not.

19.     Jeffrey Danny Graham: No.

20.     "Jay" Jacob Spinner: How much is the one you're

21. working all together?

22.     Jeffrey Danny Graham: I told him we had done 20.

Page 187

1. He said lay off it, so. We'll see. And Monday, you'll be

2. all set up here. I moved all your stuff over.

3.     "Jay" Jacob Spinner: Oh, yeah?

4.     Jeffrey Danny Graham: And I made sure all your

5. stuff worked.

6.     "Jay" Jacob Spinner: So everything is working

7. now?

8.     Jeffrey Danny Graham: Yeah.

9.     "Jay" Jacob Spinner: Did you move the Bloomberg

10. terminal from under the desk?

11.     Jeffrey Danny Graham: Yeah and uh, at first we

12. were going to have to switch it back but I'm going to put--

13. because the monitors, the cords aren't long enough to shift

14. those monitors over.

15.     "Jay" Jacob Spinner: So just shift the monitors.

16.     Jeffrey Danny Graham: No, they won't -- they

17. can't go any further.

18.     "Jay" Jacob Spinner: No, I'll take your monitors

19. and you take my monitors.

20.     Jeffrey Danny Graham: No, the Bloomberg.

21.     "Jay" Jacob Spinner: Right.

22.     Jeffrey Danny Graham: So I'm putting the time

Page 188

1. stamp on the desk. It's not a big deal.

2.     "Jay" Jacob Spinner: On which desk?

3.     Jeffrey Danny Graham: On my desk.

4.     "Jay" Jacob Spinner: That's fine. What do I

5. care? You're the one who does all the time stamp thing

6. anyways.

7.     Jeffrey Danny Graham: Yeah, I know so I needed

8. that moved. Whatever. So yeah, it's underneath my desk.

9.     "Jay" Jacob Spinner: Although the funny thing

10. is—

11.     Jeffrey Danny Graham: The only thing — I just -

12. - you know, I moved — you didn't really have too much,

13. just the papers and [audio break] some of your business

14. cards and what you had — you know, phone numbers and

15. stuff. I just put it on the desk.

16.     "Jay" Jacob Spinner: All right. Okay.

17.     Jeffrey Danny Graham: We're good.

18.     "Jay" Jacob Spinner: Okay, good.

19.     Jeffrey Danny Graham: Do you want me to have

20. Matt call you? Where's this space? Is it right near where

21. you guys live?

22.     "Jay" Jacob Spinner: Yeah, yeah, right

Page 189

1. [unintelligible] for the first few minutes.

2.     Jeffrey Danny Graham: Oh, yeah?

3.     "Jay" Jacob Spinner: Yeah.

4.     Jeffrey Danny Graham: Did you talk to him about

5. how — what he thinks of this market?

6.     "Jay" Jacob Spinner: What he thinks is

7. absolutely irrelevant because you know what?

8. [Unintelligible] because he got excited about the market

9. for three days and the reality is, is they shouldn't have

10. because they shouldn't have bought anything that was not in

11. the top industry group.

12.     Jeffrey Danny Graham: Right.

13.     "Jay" Jacob Spinner: [Unintelligible] Did

14. [unintelligible] today?

15.     Jeffrey Danny Graham: It's right there.

16.     "Jay" Jacob Spinner: [Unintelligible] You know,

17. if it takes out the offer --

18.     Jeffrey Danny Graham: It's at the new high. The

19. 52 [unintelligible] 29, that's the last trade.

20.     "Jay" Jacob Spinner: Who am I kidding? You

21. know, what am I playing -- what am I trying to play

22. becoming juniors for? If I don't play the top in the

48 (Pages 186 to 189)


SEC v. Badian

March 2, 2001



Page 190

1    industry group, you got Philip Morris, you got Durell.
2         Jeffrey Danny Graham:  Right.
3         "Jay" Jacob Spinner:  With all the banks in
4    there, you know what?  That's what we should have done.
5    Once it got killed, the clients would have made a lot more
6    money like that.
7         Jeffrey Danny Graham:  Yeah.
8         "Jay" Jacob Spinner:  So that was our mistake.
9         Jeffrey Danny Graham:  Yeah.
10        "Jay" Jacob Spinner:  [Unintelligible] but it's
11   not going to last.
12        Jeffrey Danny Graham:  Right.  And that's what
13   [unintelligible].
14        "Jay" Jacob Spinner:  You know, when they start,
15   you know, right now I think the net market [unintelligible]
16   there's no point in doing any industry group.
17        Jeffrey Danny Graham:  Right.
18        "Jay" Jacob Spinner:  The only risk is that when
19   then market shifts and all the sudden they start to come
20   in, I'm going to be going and buying [unintelligible] going
21   out of favor.
22        Jeffrey Danny Graham:  Right.

Page 191

1         "Jay" Jacob Spinner:  That's the only thing.
2         Jeffrey Danny Graham:  Right.
3         "Jay" Jacob Spinner:  All right?
4         Jeffrey Danny Graham:  Okay.
5         "Jay" Jacob Spinner:  I'll speak to you later,
6    bye.
7         Jeffrey Danny Graham:  Talk to you soon.  Bye.
8         [Phone call ends]

49  (Pages 190 to 193)

SEC v. Badian

March 2, 2001

Page 228

1   Start: 3/02/2001 1:34:51 PM, Stop: 3/02/2001 1:59:22 PM,
2      Logger: 338601, Channel: 34, Session ID: 59915



Alderson Reporting Company
1-800-FOR-DEPO



SEC v. Badian                                    March 2, 2001

Page 233

```
 9        "Matt" Moses Drillman:  Danny, can you tell me
10   what prices you have working on today?
11        Jeffrey Danny Graham:  What we're working on?
12        "Matt" Moses Drillman:  Danny, sell Sedona at
13   3,000, 1 and 9/32s.
14        [Phone dialing]
15        [No answer; dials again]
16        Danny:  Hello?
17        Jeffrey Danny Graham:  Hey Danny?
18        Danny:  Yes.
19        Jeffrey Danny Graham:  On SDNA?
20        Danny:  Right.
21        Jeffrey Danny Graham:  Can you sell 3,000, 1 and
22   9/32s.  It's a bid there.
```

SEC v. Badian                                               March 2, 2001



Page 234

1        Danny:  Sell 3.  Hold on.
2        [Audio break]
3        Danny:  You have a ticket going on this already,
4    right?
5        Jeffrey Danny Graham:  What's that?
6        Danny:  You have a ticket going on this --
7        Jeffrey Danny Graham:  Yeah, yep.
8        Danny:  [Unintelligible] I don't know.  Oh, what
9    a coward.  Oh, I gave it to you.  Okay.  Sold 3.
10       Jeffrey Danny Graham:  Be too afraid of backing
11   away violations, no?
12       Danny:  What?
13       Jeffrey Danny Graham:  I mean, they can't really
14   do that.
15       Danny:  Sure they can.  They do it all the time.
16       Jeffrey Danny Graham:  Really?
17       Danny:  Yes.  It happens all the time.
18       Jeffrey Danny Graham:  And then you'd have to go
19   through --
20       Danny:  You got to go file, call NASDAQ within 30
21   seconds of being violated and have them file a formal
22   complaint.

Page 235

1        Jeffrey Danny Graham:  And they figure on
2    something little like that, most people won't do it.
3        Danny:  Yeah.  It's a waste.  But they do it all
4    the time.  [Unintelligible]
5        Jeffrey Danny Graham:  Thanks.
6        [Phone call ends]

60  (Pages 234 to 237)

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian                                                      March 2, 2001

Page 253

1    Start:  3/02/2001 1:36:30 PM, Stop: 3/02/2001 1:43:42 PM,
2         Logger: 338601, Channel: 35, Session ID: 60239

64  (Pages 250 to 253)

March 2, 2001



Page 260

Page 259

18     "Matt" Moses Drillman:  Danny, sell Sedona 3,000,

19    1 and 9/32s quick, okay?  Um, I don't see where we're going

20    to get it.

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian                                                                 March 2, 2001



Start: 3/02/2001 1:55:14 PM, Stop: 3/02/2001 1:58:35 PM,
Logger: 338601, Channel: 35, Session ID: 60250

67 (Pages 262 to 265)

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian

March 2, 2001



Page 268

7    "Matt" Moses Drillman:  Danny, we can do a
8    quarter on this SDNA today, right?
9        [Unintelligible]
10       "Matt" Moses Drillman:  One and a quarter.
11       [Unintelligible]
12       "Matt" Moses Drillman:  See, I don't know what
13   the point is.
14       [Unintelligible]
15       "Matt" Moses Drillman:  How's that [audio break].
16   Oh, see a lot has traded at a quarter.  So we can be -- so
17   we're all right.
18       [Unintelligible]
19       "Matt" Moses Drillman:  I see what you're saying.
20       [Unintelligible]
21       "Matt" Moses Drillman:  Here we could -- how many
22   shares do you think we've done?

Page 269

1        [Unintelligible]
2        "Matt" Moses Drillman:  Okay.  I hear what you're
3    saying.
4        [Unintelligible]
5        "Matt" Moses Drillman:  All right.  Got you.
6        [Unintelligible]
7        "Matt" Moses Drillman:  Good, good.  Yeah, that's
8    what I was trying to say.  You saw --
9        [Unintelligible]
10       "Matt" Moses Drillman:  Yeah.
11       [Unintelligible]
12       "Matt" Moses Drillman:  But you know what?  You
13   could have been more aggressive on that because if he told
14   you to be aggressive, you also have the license to print.
         [End of audio]

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian

March 2, 2001

Page 299

1    Start: 3/02/2001 2:42:20 PM, Stop: 3/02/2001 2:58:14 PM,
2        Logger: 338601, Channel: 34, Session ID: 59923

7
8
9
10
11

15
16

M Faceas:  Seven eighths.                    7/8s.

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian

March 2, 2001



Page 302

3    Jeffrey Danny Graham:  Sedona!

4    "Matt" Moses Drillman:  I bought 20,000 CORV for

5  Ellis II, okay?

6    Jeffrey Danny Graham:  You bought who?

7    "Matt" Moses Drillman:  [Unintelligible]

8    Jeffrey Danny Graham:  Ellis II?

9    "Matt" Moses Drillman:  Yeah.

10    [Background]

11    UF:  Where are they going?

12    Jeffrey Danny Graham:  I don't know.  I haven't

13  listened yet.  I was starting to get into it before the

14  phone rang.

15    [Phone ringing]

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian



Page 311

6      [Phone dialing]
7      Frank: Yeah?
8      Jeffrey Danny Graham: Hey, Frank.
9      Frank: Uh-huh?
10     Jeffrey Danny Graham: SDNA, can you just tell me
11 how much I sold and then an average when you get a chance?
12     Frank: Stay here.
13     Jeffrey Danny Graham: Okay.
14     Frank: SDNA, 10,000. Your average is 1 spot
15 2816.
16     Jeffrey Danny Graham: Two eight one six?
17     Frank: Correct.
18     Jeffrey Danny Graham: Thanks.
19     [Phone call ends]



Page 349

1   Start: 3/02/2001 3:35:25 PM, Stop: 3/02/2001 3:44:01 PM,
2       Logger: 338601, Channel: 34, Session ID: 59926

88 (Pages 346 to 349)

SEC v. Badian

March 2, 2001

Page 356

7       [Phone ringing]
8       Jeffrey Danny Graham:  This is Danny.
9       Andreas Badian:  Are you Sedona-ing a lot?
10      Jeffrey Danny Graham:  Oh yes.
11      Andreas Badian:  And successfully, it looks like.
12      Jeffrey Danny Graham:  Uh, yes.
13      Andreas Badian:  And TVCP?
14      Jeffrey Danny Graham:  Uh, yes.
15      Andreas Badian:  Rock and roll.
16      Jeffrey Danny Graham:  Okay.  Yeah, no, Sedona --
17      yeah, we're doing --
18      Andreas Badian:  Handsome.
19      Jeffrey Danny Graham:  I've done 25,000.
20      Andreas Badian:  Rock and roll.  Keep working.
21      Jeffrey Danny Graham:  All right.
22      Andreas Badian:  Bye.

Alderson Reporting Company
1-800-FOR-DEPO

SEC v. Badian                                                                    March 2, 2001



Page 368

10      [Phone ringing]
11      Jeffrey Danny Graham:  This is Danny.
12      Cliff:  Danny, what's up?  It's Cliff.
13      Jeffrey Danny Graham:  What's up?
14      Cliff:  Okay, 19,000 ASI.
15      Jeffrey Danny Graham:  Hold on.  ASI, 19,000.
16  Nineteen thousand at 13/32s?
17      Cliff:  What?
18      Jeffrey Danny Graham:  Nineteen thousand at
19  13/32s?
20      Cliff:  Yeah.
21      Jeffrey Danny Graham:  Okay.  Stay short.
22      Cliff:  Okay.  ADGI.

Page 367

1   Start: 3/02/2001 4:01:11 PM, Stop: 3/02/2001 4:11:09 PM,
2      Logger: 338601, Channel: 34, Session ID: 59933

Page 369

1       Jeffrey Danny Graham:  Yep.
2       Cliff:  A hundred and eight thousand, two hundred
3   at 0641.
4       Jeffrey Danny Graham:  Oh six four one?  The same
5   average?
6       Cliff:  Yeah.
7       Jeffrey Danny Graham:  Okay.  Come over at 06.
8       Cliff:  Okay.  Anything else?
9       Jeffrey Danny Graham:  And the VNTK is short
10  10,000 at .21.
11      Cliff:  All right.
12      Jeffrey Danny Graham:  Staying short.  Nothing
13  else done.
14      Cliff:  All right.
15      Jeffrey Danny Graham:  Okay.  Here we did 20,000
16  AASI.
17      Cliff:  One second.  So you sold 20,000 AASI.
18  What price?
19      Jeffrey Danny Graham:  Point 3906.
20      Cliff:  Right.
21      Jeffrey Danny Graham:  You're staying short.
22      Cliff:  Okay.

93  (Pages 366 to 369)

SEC v. Badian



Page 370

1  Jeffrey Danny Graham: And SDNA?
2  Cliff: Sold?
3  Jeffrey Danny Graham: Sold 17,000.
4  Cliff: All right.
5  Jeffrey Danny Graham: One point 3713.
6  Cliff: Three seven one three on Island?
7  Jeffrey Danny Graham: Yep. Come over at 1.3413.
8  Cliff: Point 3413, okay.
9  Jeffrey Danny Graham: Okay?
10 Cliff: That's it?
11 Jeffrey Danny Graham: Yep.
12 Cliff: All right, buddy. Have a good weekend.
13 Jeffrey Danny Graham: Thanks, you too.
14 Cliff: Bye-bye.
15 Jeffrey Danny Graham: Bye.
16 [Phone call ends]

Page 373

Alderson Reporting Company
1-800-FOR-DEPO