# Attachment 25

Audio Transcription                                              March 26, 2001
                              Washington, DC

1

2

3

4

5

6

7                        SEC v. Badian

8

9                     Audio Transcription

10

11                      March 26, 2001

12

13

14

15

16

17

18

19

20

21

22

Audio Transcription

Washington, DC

March 26, 2001



Page 2

1   Start: 3/26/2001 08:37:13 AM, Stop: 3/26/2001 09:25:04 AM,
2      Logger: 338601, Channel: 34, Session ID: 55246

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription                                         March 26, 2001
                        Washington, DC



Page  28

6     [Phone Ringing]
7     Jeffrey Graham:  Can you hold on just a second?
8     Cliff:  Yeah.
9     Jeffrey Graham:  This is Danny.
10    UM:  Danny!
11    Jeffrey Graham:  What's up?
12    UM:  Buddy, pal.
13    Jeffrey Graham:  What's going on?
14    UM:  Well, nothing much, I've got some orders for
15    you.
16    Jeffrey Graham:  Okay.
17    UM:  The excitement is back.
18    Jeffrey Graham:  All right.
19    UM:  Maybe there'll be a little pop today.  All
20    right, so we've got the BYND to get in the way at your
21    thirty-twos, so whatever, you know, is a back thing.
22    Jeffrey Graham:  Now we're selling that below.

Page  29

1     UM:  No, we're not selling it below.
2     Jeffrey Graham:  Right.
3     UM:  We're -- I'm expecting a pop today.
4     Jeffrey Graham:  Watching it.
5     UM:  Yeah, I'm expecting pops to my props.
6     The Lamp on the spreadsheets?
7     Jeffrey Graham:  Less, over eleven thirty-two,
8     okay.
9     UM:  What's TSSM?
10    Jeffrey Graham:  What's -- ?
11    UM:  Oh, that's 24/7 medium.
12    Jeffrey Graham:  Yep.
13    UM:  Oh, that's that one, okay.
14    Sedona -- I might actually make you buy some
15    today, would you believe it?
16    Jeffrey Graham:  Okay.
17    UM:  We'll see.  I might cause a little flurry in
18    the stock, so you'll be given your allotment of that.
19    Haven't quite set it yet.  And that's about it for me.
20    Jeffrey Graham:  Okay, so basically just Lamp and
21    Sedona, you want to just let me know?
22    UM:  Sedona, I'll let you know.  Lamp, and BYND,

8 (Pages 26 to 29)

Audio Transcription

March 26, 2001

Washington, DC

Page   30

1   I guess, if something happens, okay?
2        Jeffrey Graham:  BYND I'll keep my eye on.
3        UM:  Thank you, sir.
4        Jeffrey Graham:  Okay.
5        UM:  Bye.
6        Jeffrey Graham:  Bye.

Alderson Reporting Company
1-800-FOR-DEPO



Audio Transcription                                             March 26, 2001
                        Washington, DC

**Page 50**

1  Start: 3/26/2001 09:05:06 AM, Stop: 3/26/2001 09:10:07 AM,
2       Logger: 338601, Channel: 35, Session ID: 55505

**Page 51**

15  [Phone Dialing]
16  UM: Thank you for calling LH Financial, if you
17  know your --
18  [Phone Dialing]
19  Ari: Yeah.
20  Moses Drillman: Okay, I have three major shorts
21  --
22  Ari: Wait, wait -- what's the major -- why is he

**Page 52**

1  upset?
2       Moses Drillman: Well, the problem has been, is --
3  - is that, for example, in Amro's case --
4       Ari: Yeah.
5       Moses Drillman: -- there have been shorts for 2
6  months.
7       Ari: But Amro's not my problem.
8       Moses Drillman: I understand that, but there are
9  shorts in your accounts that have been for a very long
10  time, too, and I just need to have an explanation.
11       Ari: What do you mean about RCM, or -- ?
12       Moses Drillman: RCM.
13       Ari: Isn't that the point of RCM?
14       Moses Drillman: The point is -- yes. But the
15  problem has been is that -- what happens is, is that
16  they're first sold in RSI, and then they go into RCM. So,
17  what happens is, is that -- that avoids, usually, the
18  problem of having to, having to cover or holding the short,
19  that's not the problem. The problem is, is that the sales
20  are still recorded as sales.
21       Ari: Why not just do it directly into --
22       Moses Drillman: So -- we're going to work on

**Page 53**

1  that. The problem is, is that when you do it with RCM,
2  you're limited as to your resources as who you can do it
3  with.
4       Ari: I was going to say -- is this a legal
5  problem? Or -- ?
6       Moses Drillman: No, it's not -- it's not a legal
7  problem right now.
8       I can't talk to him now, I'm on the line with --
9  tell him I'm on the line with Ari.
10       Ari: So, what's the issue?
11       Moses Drillman: Okay, so here's the thing. I've
12  got three major shorts, here.
13       Ari: Okay, tell me what they are.
14       Moses Drillman: Henley Health Care. What's the
15  situation and what's the story?
16       Ari: Well, how many shares do you have on them?
17       Moses Drillman: I've got 193 in Esquire, and --
18       Ari: [Unintelligible] 300,000 --
19       Moses Drillman: And 222 in -- no, we're talking
20  about almost --
21       Ari: Okay, that situation --
22       Moses Drillman: -- four hundred.

14 (Pages 50 to 53)

Audio Transcription                                    March 26, 2001

Washington, DC

---

Page 54

1      Ari:  That's not a situation that's not going
2  effective any time soon.
3          Moses Drillman:  What's the problem, there?
4      Ari:  There's no problem, we just ran out of auth
5  — we ran out of registered shares, the company's on the
6  verge of bankruptcy —
7          Moses Drillman:  But you were allowed to sell.
8      Ari:  When we were allowed —
9          Moses Drillman:  Were you allowed to sell?
10     Ari:  In what sense?
11         Moses Drillman:  In the sense where — was this
12  something that you were — it was a, you've converted, and
13  they don't have enough shares, or — ?
14     Ari:  Oh, no.  We have the shares, they're just
15  restricted.  They don't have — we had a bunch of
16  registered shares, we oversold our registered shares —
17         Moses Drillman:  Right.
18     Ari:  — which we could, because we sold this at
19  50 and the stock when up to 7 cents.
20         Moses Drillman:  Right.
21     Ari:  At worst, we could always buy it back.
22         Moses Drillman:  No, I understand that, but just

---

Page 55

1  tell me the story — I mean, if I give Sandy a good story,
2  why we should hold this short, it's fine.
3      Ari:  Well, the story is this — the story is
4  that we had a bunch of shares, and we converted them —
5  they converted our whole position at the time.
6          Moses Drillman:  Right.
7      Ari:  We converted it, and we sold whatever, then
8  we were stuck with, like, the under — in other words, the
9  stock went down, so there weren't enough registered shares
10  in the registration.
11         Moses Drillman:  So, you're waiting for more
12  registered shares?
13     Ari:  Either that or the company's going to go
14  under, one of those two things —
15         Moses Drillman:  Okay, all right.
16     Ari:  — going to happen.  But it could take a
17  couple of —
18         Moses Drillman:  Did you make a conversion on
19  that?
20     Ari:  We have restricted stock.
21         Moses Drillman:  Okay, you do have restricted
22  stock, okay.

---

Page 56

1          Web Catalyst, WBCL?
2      Ari:  Same story, basically.  But that one,
3  there's a registration — we have restricted stock against
4  us.
5          Moses Drillman:  Okay.
6      Ari:  As a matter of fact, we could probably sell
7  some of the ones [unintelligible] if I work on that, but be
8  that as it may — pretty slow, that's not a long time,
9  they'll either be registered —
10         Moses Drillman:  Okay, and WLGS that we just
11  started selling?
12     Ari:  That's in a couple — that's — this week I
13  may even have stock on that one.
14         Moses Drillman:  Okay, so then, you're pretty
15  clean on this stuff.
16     Ari:  We're clean, yeah, but what — and ITEC
17  [unintelligible]?
18         Moses Drillman:  Yeah, it's the — ITEC is the
19  big issue.
20     Ari:  ITEC went — four weeks from now.  Well,
21  it's the same thing, [Unintelligible] we had a situation
22  where we had stock at 4 cents, less than 4 cents, and we

---

Page 57

1  were hedging it, I mean —
2          Moses Drillman:  Okay.  So, in that particular
3  case we were —
4      Ari:  But why is he upset?
5          Moses Drillman:  Because he's not in — he hasn't
6  been involved, and suddenly he gets an inquiry from the
7  NSCC — not the SEC — the NSCC, about DTC, about stock not
8  being —
9      Ari:  That's SEC.
10         Moses Drillman:  That's DTC, that the stock's not
11  being delivered.
12     Ari:  Yeah?
13         Moses Drillman:  And, when you hear that, you
14  know, that's what happens.
15     Ari:  But then [unintelligible] — can there be a
16  legal problem with this?
17         Moses Drillman:  No.
18     Ari:  Okay.
19         Moses Drillman:  No.
20     Ari:  As long as you guys are okay with that.
21         Moses Drillman:  No, we're — they were fine,
22  this is more internal right now.

15 (Pages 54 to 57)

Audio Transcription                                                     March 26, 2001

Washington, DC



Page 58

```
 1        Ari:  Okay, fine.
 2        Moses Drillman:  All right?
 3        Ari:  Sure.  Thanks.
 4        Moses Drillman:  Bye.
 5        Ari:  Bye.
 6        [End of Audio]
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

16 (Pages 58 to 61)

Audio Transcription

March 26, 2001

Washington, DC



Page 84

1   Start: 3/26/2001 09:35:45 AM, Stop: 3/26/2001 09:36:26 AM,

2   Logger: 338601, Channel: 35, Session ID: 55514

3   [Phone Dialing]

4   UF: Please hold on while I try that extension –

5   Ari: Hello?

6   Moses Drillman: Hi, how are you?

7   Ari: Hi, yeah.

8   Moses Drillman: Listen I just finished the

9   meeting.

10   Ari: Yeah.

11   Moses Drillman: I just wanted to go over, you

12   know, every week I'm going to go over with you, the shorts

13   Ari: Just hold on -- hold on for one minute?

14   Moses Drillman: Yeah.

15   Ari: Hello?

16   Moses Drillman: Hi.

17   Ari: Yeah.

18   Moses Drillman: And you'll tell me, if it's

19   worth keeping in, I'll keep it for you. If not, not, you

20   know what I mean?

21   Ari: That's fine, no problem.

22   Moses Drillman: All right?

Page 85

1   Ari: Okay.

2   Moses Drillman: Okay, bye.

3   Ari: Bye. Yeah.

4   [End of Audio]

5

Audio Transcription                                                                March 26, 2001

Washington, DC



Page 96

12     [Phone Dialing]
13     UF:  You've reached the offices of --
14     [Phone Dialing]
15     UF:  One moment, please.
16     Andreas Badian:  Rhino.
17     Jeffrey Graham:  Hey, Andreas.
18     Andreas Badian:  Yes, sir.
19     Jeffrey Graham:  Sedona?
20     Andreas Badian:  Yes, sir.
21     Jeffrey Graham:  Twenty-seven thirty-twos by
22     twenty-nine thirty-twos.

Page 95

1      Start: 3/26/2001 09:43:26 AM, Stop: 3/26/2001 10:03:32 AM,
2      Logger: 338601, Channel: 34, Session ID: 55249

Page 97

1      Andreas Badian:  Exactly, and --
2      Jeffrey Graham:  Just calling to let you know.
3      Andreas Badian:  -- ten minutes, we're going to
4      put a big buy order in, okay?
5      Jeffrey Graham:  Yep.  Just let me know.
6      Andreas Badian:  Yep.
7      Jeffrey Graham:  Bye.

25 (Pages 94 to 97)

Audio Transcription                                    March 26, 2001

Washington, DC



Page 100

1      Andreas Badian:  Exactly.
2      Jeffrey Graham:  Gotcha now.  Okay, bye.
3      Andreas Badian:  Bye.
4      Jeffrey Graham:  Pond?  Start bidding for it.
5  You could just bid for it.  Everyone runs away from you.  I
6  don't know, well, Sedona's the regular stock, you're going
7  to have them, I don't know if they'd be able to go up on it
8  that fast.
9      UM:  I know, just buy it.
10     Jeffrey Graham:  Yeah.
11     UM:  Who wants to drag it out to a dollar
12  [unintelligible].
13     Jeffrey Graham:  Right.  No, I know, but there's
14  no [unintelligible] there.  It's going to be to a dollar in
15  a second.  Why does he want to push it up to a dollar?  I
16  don't understand.
17     UM:  [Unintelligible] a dollar [Unintelligible].
18     Jeffrey Graham:  Well, why was he killing it down
19  to three-quarters?
20     UM:  [Unintelligible].
21     Jeffrey Graham:  That's what he said, at 10:00.
22     UM:  Oh.

Page 99

10     This is Danny.
11     Andreas Badian:  Twenty K -- at 10:00, buy 20K
12  SDNA, I want to see the bubba buck, okay?
13     Jeffrey Graham:  So, you want to buy 20,000 -- ?
14     Andreas Badian:  To see it above a dollar.
15  Exactly.
16     Jeffrey Graham:  Hold on.
17     Andreas Badian:  Paradoxical, aren't I?
18     Jeffrey Graham:  You want to buy it at a dollar?
19     Andreas Badian:  I want to start buying it until
20  the price gets above a dollar.
21     Jeffrey Graham:  Oh.  Buy 20,000 up to one
22  dollar.

Page 101

1      [Phone Dialing]
2      UF:  You've reached --
3      [Phone Dialing]
4      UF:  One moment please.
5      Andreas Badian:  Rhino.
6      Jeffrey Graham:  At 10:00?
7      Andreas Badian:  At 10:00.
8      Jeffrey Graham:  Gotcha.
9      This stuff all seems too fishy to me.

22     [Phone Ringing]

26 (Pages 98 to 101)

Audio Transcription                                      March 26, 2001
                        Washington, DC



Page 102

1       UM: Two thousand Juniper you sold at 53 spot
2   402.
3       Jeffrey Graham: Thanks.
4       Hello?
5       UM: Sold 2,000 loose at 1199.
6       Jeffrey Graham: Thanks.
7       It's got Frankel on the bid on this SDNA. You
8   want me to just put it in here?
9       UM: Makes more sense.
10      Frank: Hello?
11      Jeffrey Graham: Hey Frank?
12      Frank: Uh huh?
13      Jeffrey Graham: SDNA -- Sam, David, Nancy,
14  Apple?
15      Frank: Yep.
16      Jeffrey Graham: Buyer of 20,000, with a $1 top.
17      Frank: Oh, you're doing it here?
18      Jeffrey Graham: Yeah.
19      Frank: You're buying SDNA, you want to buy
20  20,000 with a $1 top?
21      Jeffrey Graham: Yep.
22      Frank: Okay.

Page 104

1       Jeffrey Graham: Hey, Frank?
2       Frank: Uh huh.
3       Jeffrey Graham: I'm at Sedona?
4       Frank: Uh huh.
5       Jeffrey Graham: Can you use buck and three teeny
6   tops?
7       Frank: A buck and three teeny tops. Okay.
8       Jeffrey Graham: On the balance?
9       Frank: Yep.
10      Jeffrey Graham: Thank you. Or --
11      Frank: The balances, we didn't get anything.
12      Jeffrey Graham: Nothing?
13      Frank: That balance is everything we have. Yep.
14      Jeffrey Graham: Okay, then use a buck and a
15  quarter top on it.
16      Frank: Okay.
17      Jeffrey Graham: Thanks.
18
19
20
21
22

Page 103

1       Jeffrey Graham: Thanks.
2       There's, like, nothing there. And Frankel's
3   there bidding. I don't understand what he does -- why he
4   does the things he does. He, you know, gives the same
5   instructions to a couple of different people.
6       So, am I putting it on Unger's ticket?
7       [Phone Ringing]
8       Jeffrey Graham: This is Danny.
9       Andreas Badian: It's 10:00, where's Redi,
10  where's E-Trade?
11      Jeffrey Graham: I did it at 10:00. We're
12  bidding on Redi. Frankel's above us now, though.
13      Andreas Badian: Yep, you have to compete with
14  him, I want to drive it up.
15      Jeffrey Graham: Okay, so give me a top.
16      Andreas Badian: A buck and a quarter.
17      Jeffrey Graham: Okay.
18      Andreas Badian: Bye.
19      Jeffrey Graham: Bye.
20      Is this -- I don't -- this is like, buying it,
21  and he says, no --
22      Frank: [Unintelligible]?

11
12
13
14
15
16
17
18
19
20
21
22

27 (Pages 102 to 105)

Audio Transcription

March 26, 2001

Washington, DC



Page 125

1    Start: 3/26/2001 09:52:53 AM, Stop: 3/26/2001 09:54:50 AM,
2       Logger: 338601, Channel: 35, Session ID: 55524
3       [Phone Dialing]
4       Jeffrey Graham:  Hello?
5       Andreas Badian:  Can you sell short 2,000
6    QualComm market for me.  Danny, stamp the sell ticket?
7       Jeffrey Graham:  Hold on.
8       Andreas Badian:  Paradoxical, aren't I?
9       Jeffrey Graham:  You want to buy it at a dollar?
10      Andreas Badian:  I want to start buying it until
11   the price is above a dollar.
12      Jeffrey Graham:  Oh, buy 20,000 up to $1.
13      Andreas Badian:  Exactly.
14      Jeffrey Graham:  Gotcha now.
15      Andreas Badian:  Thank you.
16      Jeffrey Graham:  Okay.
17      Andreas Badian:  Bye.
18      Jeffrey Graham:  Bye.
19      Moses Drillman:  Have Pond do that.
20      Jeffrey Graham:  [Unintelligible].
21      Moses Drillman:  Yeah.  We can't.
22      Jeffrey Graham:  [Unintelligible].

32 (Pages 122 to 125)

Audio Transcription

Washington, DC

March 26, 2001



Page 126

1    Moses Drillman: Huh? I can't hear you. You
2  want to use the guys?
3    Jeffrey Graham: [Unintelligible].
4    Moses Drillman: No, just buy it, we're not —
5    Jeffrey Graham: [Unintelligible].
6    Moses Drillman: No, but he wants to drive it up
7  to a dollar or he wants — he wants you to take out offers.
8    Jeffrey Graham: [Unintelligible] for a dollar.
9    Moses Drillman: Have them do it.
10    Jeffrey Graham: [Unintelligible].
11    Moses Drillman: I know why. I told you why,
12  don't you remember? You need a dollar for the NASDAQ.
13    Jeffrey Graham: [Unintelligible].
14    Moses Drillman: Go for it, then. Oh, stamp a
15  sell ticket, Dan?
16    UM: Revco?
17    Moses Drillman: Sell 2,000 Juniper market,
18  please?
19    UM: Okay.

Page 127

1  Start: 3/26/2001 10:00:12 AM, Stop: 3/26/2001 10:06:02 AM,
2    Logger: 338601, Channel: 7, Session ID: 55298
3    Jacob Spinner: Matt?
4    Moses Drillman: Yeah?
5    Jacob Spinner: He's buying back SDNA? Is he
6  buying it or selling it?
7    Moses Drillman: No, he's buying SDNA.

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription                                                          March 26, 2001

Washington, DC



Page 132

1      Andreas Badian:  Yes, I do.
2      Jacob Spinner:  Whatever, whatever makes you
3   happy, buddy.
4      Andreas Badian:  Exactly.
5      Jacob Spinner:  I know, you the boss.
6      Andreas Badian:  Thank you.
7      Jacob Spinner:  Bye.
8      He's driving this damn thing.  Where are we?
9   We're not at a quarter, why aren't we buying some at
10  Island? Is there any reason why we're not using Island?
11     UM:  [Unintelligible].
12     Jacob Spinner:  How many shares is he short?  How
13  many shares does he want to buy altogether?
14     UM:  [Unintelligible].

Page 131

13       [Phone Dialing]
14       UF:  You've reached the offices of Rhino
15   Advisors, one moment please.
16       Andreas Badian:  Rhino?
17       Jacob Spinner:  Hey, it's Jay.
18       Andreas Badian:  Hey, Jay.
19       Jacob Spinner:  You're a -- you're driving this
20   SDNA.
21       Andreas Badian:  Yes, sir.
22       Jacob Spinner:  You know that.

                                        34 (Pages 130 to 133)

Audio Transcription

March 26, 2001

Washington, DC



Page 135

1   art: 3/26/2001 10:00:52 AM, Stop: 3/26/2001 10:08:27 AM,
2       Logger: 338601, Channel: 35, Session ID: 55532

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription

Washington, DC

March 26, 2001



Page 142

18     Jeffrey Graham: Bye.

19     Moses Drillman: Danny, Jay, we must meet with

20 Amro. We have to meet with Amro. They have to tell us

21 what their agenda is on the stock. It can't be done like

22 this. We can't drive the stock SDNA down to three-

Page 143

1 quarters, and now he's trying to buy it back. I just need

2 to know. We need to know what --

3     [End of Audio]

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 144

1   Start: 3/26/2001 10:04:21 AM, Stop: 3/26/2001 10:24:29 AM,

2     Logger: 338601, Channel: 34, Session ID: 55250

3     Moses Drillman: We're not at a quarter, why are

4 we buying from [Unintelligible]? Is there any reason why

5 we're not using Island?

6     Jeffrey Graham: There isn't, no. I don't

7 understand this, though. Why is -- ?

8     Moses Drillman: How many shares is he short?

9 How many shares does he want to buy [unintelligible]?

10     Jeffrey Graham: Why would he be driving the

11 stock up?

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription

Washington, DC

March 26, 2001



**Page 146**

17    [Phone Dialing]
18    UF: One moment, please.
19    Andreas Badian: Hello?
20    Jeffrey Graham: Hey, Andreas, I assume you're
21    watching the Sedona?
22    Andreas Badian: I am watching the Sedona.

**Page 147**

1    Basically, take the rest of your order, and put it on the
2    bid here, okay?
3    Jeffrey Graham: Okay.
4    Andreas Badian: Thank you, sir.
5    Jeffrey Graham: Okay.
6    This makes absolutely no sense, though. Who
7    cares? I think it's --
8    Hello.
9    Jeffrey Graham: Frank? It's Danny.
10    UM: Hey, oh, Danny.
11    Jeffrey Graham: On Sedona?
12    UM: SDNA.
13    Jeffrey Graham: Yeah, can you use a three-
14    eighths top?
15    UM: Three-eighths top, you got it.
16    Jeffrey Graham: Thanks.
17    Hello?
18    Cody: Hey, Danny, it's Cody.
19    Jeffrey Graham: Yeah.
20    Cody: Hey, buddy. Uh, Sedona?
21    Jeffrey Graham: Yep.
22    Cody: It's got thirty thou to go at one twenty-

**Page 148**

1    three.
2    Jeffrey Graham: Okay.
3    Cody: All right, buddy?
4    Jeffrey Graham: Yep.
5    Cody: Thanks.
6    Jeffrey Graham: Thanks.
7    Ugh, this stuff just makes no sense to me.
8    UM: Danny [unintelligible], not getting the
9    deal.
10    Jeffrey Graham: Yeah, but why would he want to
11    drive it up?
12    Jacob Spinner: [Unintelligible].
13    Jeffrey Graham: He's driving it up, he said, "I
14    want to see it at one and a quarter -- "
15    Jacob Spinner: [Unintelligible]. Why the hell
16    not? I don't care about [unintelligible] nothing wrong
17    with it. I have more of an issue when I've got a whole
18    [unintelligible] for six months --
19    Jeffrey Graham: I don't know, I just think the
20    way, he doesn't say, you know --
21    Jacob Spinner: Who cares?
22    Jeffrey Graham: -- buy 20,000 --

**Page 149**

1    Jacob Spinner: Fine, drive it. You know what?
2    Drive it [unintelligible] does the same thing, you know --
3    Jeffrey Graham: No, if he says, I don't know --
4    or when I said it before, it seemed like it wasn't, you
5    know, when he says certain things. Say, if he says, five,
6    fifty thousand, one and a half --
7    Jacob Spinner: [Unintelligible] how much is he
8    working?
9    Jeffrey Graham: I think 20,000 here, and they
10    just gave me 30,000.
11    Jacob Spinner: Who gave you thirty?
12    Jeffrey Graham: That's another thing, we're
13    selling for North River?
14    Russia?
15    UM: Hi, Danny?
16    Jeffrey Graham: Yeah. Hold on.
17    Elle is on three.
18    Jacob Spinner: Who is it?
19    Jeffrey Graham: Elle on three.
20    Are you selling or buying for North River?
21    What's the symbol? And they're working it here, right?
22    Jacob Spinner: Yeah.

38 (Pages 146 to 149)

Audio Transcription                                      March 26, 2001

Washington, DC

Page 148

1   three.

2          Jeffrey Graham:  Okay.

3          Cody:  All right, buddy?

4          Jeffrey Graham:  Yep.

5          Cody:  Thanks.

6          Jeffrey Graham:  Thanks.

7          Ugh, this stuff just makes no sense to me.

8          UM:  Danny [unintelligible], not getting the

9   deal.

10         Jeffrey Graham:  Yeah, but why would he want to

11  drive it up?

12         Jacob Spinner:  [Unintelligible].

13         Jeffrey Graham:  He's driving it up, he said, "I

14  want to see it at one and a quarter -- "

15         Jacob Spinner:  [Unintelligible].  Why the hell

16  not?  I don't care about [unintelligible] nothing wrong

17  with it.  I have more of an issue when I've got a whole

18  [unintelligible] for six months –

19         Jeffrey Graham:  I don't know, I just think the

20  way, he doesn't say, you know –

21         Jacob Spinner:  Who cares?

22         Jeffrey Graham:  -- buy 20,000 --

Page 147

1   Basically, take the rest of your order, and put it on the

2   bid here, okay?

3          Jeffrey Graham:  Okay.

4          Andreas Badian:  Thank you, sir.

5          Jeffrey Graham:  Okay.

6          This makes absolutely no sense, though.  Who

7   cares?  I think it's --

8          Hello.

9          Jeffrey Graham:  Frank?  It's Danny.

10         UM:  Hey, oh, Danny.

11         Jeffrey Graham:  On Sedona?

12         UM:  SDNA.

13         Jeffrey Graham:  Yeah, can you use a three-

14  eighths top?

15         UM:  Three-eighths top, you got it.

16         Jeffrey Graham:  Thanks.

17         Hello?

18         Cody:  Hey, Danny, it's Cody.

19         Jeffrey Graham:  Yeah.

20         Cody:  Hey, buddy.  Uh, Sedona?

21         Jeffrey Graham:  Yep.

22         Cody:  It's got thirty thou to go at one twenty-

17         [Phone Dialing]

18         UF:  One moment, please.

19         Andreas Badian:  Hello?

20         Jeffrey Graham:  Hey, Andreas, I assume you're

21  watching the Sedona?

22         Andreas Badian:  I am watching the Sedona.

Page 149

1          Jacob Spinner:  Fine, drive it.  You know what?

2   Drive it [unintelligible] does the same thing, you know --

3          Jeffrey Graham:  No, if he says, I don't know --

4   or when I said it before, it seemed like it wasn't, you

5   know, when he says certain things.  Say, if he says, five,

6   fifty thousand, one and a half --

7          Jacob Spinner:  [Unintelligible] how much is he

8   working?

9          Jeffrey Graham:  I think 20,000 here, and they

10  just gave me 30,000.

11         Jacob Spinner:  Who gave you thirty?

12         Jeffrey Graham:  That's another thing, we're

13  selling for North River?

14         Russia?

15         UM:  Hi, Danny?

16         Jeffrey Graham:  Yeah.  Hold on.

17         Elle is on three.

18         Jacob Spinner:  Who is it?

19         Jeffrey Graham:  Elle on three.

20         Are you selling or buying for North River?

21  What's the symbol?  And they're working it here, right?

22         Jacob Spinner:  Yeah.

38 (Pages 146 to 149)

Audio Transcription                                      March 26, 2001
Washington, DC

### Page 150

1    Jeffrey Graham: Okay.
2    Hello?
3    UM: Selling short 2,000 CN at 58 and seven
4    teenies, and SDNA, we're up to 17,900.
5    Jeffrey Graham: Okay, great, thanks.
6    Fifty-eight and seven teenies, we sold short
7    2,000.
8    Hasn't traded.
9    Matt, my only question was, I just didn't
10   understand why, you know, he knows when he's going to give
11   me his top light, and have me start buying it right in the
12   morning when it wasn't -- it was at seven-eighths. That
13   doesn't make sense to me.
14   Hello?
15   Jeffrey Graham: Hey, it's Danny, what's up? You
16   guys are ringing.
17   Matt, pick up Danny. Nothing?
18   Moses Drillman: Yeah, Danny.
19   UM: You guys are ringing.
20   Moses Drillman: No, I'm sorry, that's
21   [unintelligible].
22   Jeffrey Graham: Hello?

### Page 151

1    UF: Hi.
2    Jeffrey Graham: What's up?
3    UF: Do me 1200 at 560 to anybody for Farkas.
4    Jeffrey Graham: Twelve hundred MGCG for sale at
5    560?
6    UF: Anybody for --
7    Jeffrey Graham: For Farkas, okay.
8    UF: Thanks.
9    Jeffrey Graham: Bye.
10   [Phone Dialing]
11   Cliff: Trading.
12   Jeffrey Graham: Cliff?
13   Cliff: Yes?
14   Jeffrey Graham: Would you sell twelve hundred
15   MGCG at 560 to anyone?
16   Cliff: Five sixty?
17   Jeffrey Graham: Mm hm.
18   Cliff: How many, 1,200?
19   Jeffrey Graham: Mm hm.
20   Cliff: You got it, buddy.
21   Jeffrey Graham: Thanks.
22   Hello?

### Page 152

1    Frank: Hi, SDNA you're filled, let me give you
2    an average --
3    Jeffrey Graham: Twenty, right?
4    Frank: Twenty thousand -- 20,000 you bought,
5    your average is one spot three zero.
6    Jeffrey Graham: One spot three zero?
7    Frank: Yeah.
8    Jeffrey Graham: Okay.
9    Frank: Okay?
10   Jeffrey Graham: And I also have 30,000 coming
11   over from Frankel. On the buy.
12   Frank: Uh huh.
13   Jeffrey Graham: At one spot two three.
14   Frank: One spot two three.  Are we in
15   competition up there?
16   Jeffrey Graham: Huh?
17   Frank: They're both buying at the same time?
18   Jeffrey Graham: Yeah, I don't --
19   Frank: That's probably not bright.
20   Jeffrey Graham: No, it doesn't make sense to me,
21   so --
22   Frank: [Unintelligible].

### Page 153

1    Jeffrey Graham: Oh, well.
2    Frank: Bye.
3    Jeffrey Graham: Thanks.
4    Hello?
5    UM: Hey, Danny.
6    Jeffrey Graham: What's up?
7    UM: MGCG we sold 1,200 at 560.
8    Jeffrey Graham: Okay, come over at that price.
9    UM: You got it.
10   Jeffrey Graham: Thanks.
11   UM: Bye bye.
12   [Phone Dialing]
13   Jeffrey Graham: Sedona, we're done.
14   UF: You've reached the offices of Rhino --
15   [Phone Dialing]
16   Jeffrey Graham: Now it's right back down.
17   Andreas Badian: Rhino.
18   Jeffrey Graham: Andreas?
19   Andreas Badian: Yes, sir.
20   Jeffrey Graham: On Sedona, we did 20 here, and
21   Frankel called me with 30,000.
22   Andreas Badian: Exactly.  And now we can

39 (Pages 150 to 153)

Audio Transcription                                                    March 26, 2001

Washington, DC

## Page 150

1    Jeffrey Graham:  Okay.
2    Hello?
3    UM:  Selling short 2,000 CN at 58 and seven
4    teenies, and SDNA, we're up to 17,900.
5    Jeffrey Graham:  Okay, great, thanks.
6    Fifty-eight and seven teenies, we sold short
7    2,000.
8    Hasn't traded.
9    Matt, my only question was, I just didn't
10   understand why, you know, he knows when he's going to give
11   me his top light, and have me start buying it right in the
12   morning when it wasn't -- it was at seven-eighths.  That
13   doesn't make sense to me.
14   Hello?
15   Jeffrey Graham:  Hey, it's Danny, what's up?  You
16   guys are ringing.
17   Matt, pick up Danny.  Nothing?
18   Moses Drillman:  Yeah, Danny.
19   UM:  You guys are ringing.
20   Moses Drillman:  No, I'm sorry, that's
21   [unintelligible].
22   Jeffrey Graham:  Hello?

## Page 151

1    UF:  Hi.
2    Jeffrey Graham:  What's up?
3    UF:  Do me 1200 at 560 to anybody for Farkas.
4    Jeffrey Graham:  Twelve hundred MGCG for sale at
5    560?
6    UF:  Anybody for --
7    Jeffrey Graham:  For Farkas, okay.
8    UF:  Thanks.
9    Jeffrey Graham:  Bye.
10   [Phone Dialing]
11   Cliff:  Trading.
12   Jeffrey Graham:  Cliff?
13   Cliff:  Yes?
14   Jeffrey Graham:  Would you sell twelve hundred
15   MGCG at 560 to anyone?
16   Cliff:  Five sixty?
17   Jeffrey Graham:  Mm hm.
18   Cliff:  How many, 1,200?
19   Jeffrey Graham:  Mm hm.
20   Cliff:  You got it, buddy.
21   Jeffrey Graham:  Thanks.
22   Hello?

## Page 152

1    Frank:  Hi, SDNA you're filled, let me give you
2    an average --
3    Jeffrey Graham:  Twenty, right?
4    Frank:  Twenty thousand -- 20,000 you bought,
5    your average is one spot three zero.
6    Jeffrey Graham:  One spot three zero?
7    Frank:  Yeah.
8    Jeffrey Graham:  Okay.
9    Frank:  Okay?
10   Jeffrey Graham:  And I also have 30,000 coming
11   over from Frankel.  On the buy.
12   Frank:  Uh huh.
13   Jeffrey Graham:  At one spot two three.
14   Frank:  One spot two three.  Are we in
15   competition up there?
16   Jeffrey Graham:  Huh?
17   Frank:  They're both buying at the same time?
18   Jeffrey Graham:  Yeah, I don't --
19   Frank:  That's probably not bright.
20   Jeffrey Graham:  No, it doesn't make sense to me,
21   so --
22   Frank:  [Unintelligible].

## Page 153

1    Jeffrey Graham:  Oh, well.
2    Frank:  Bye.
3    Jeffrey Graham:  Thanks.
4    Hello?
5    UM:  Hey, Danny.
6    Jeffrey Graham:  What's up?
7    UM:  MGCG we sold 1,200 at 560.
8    Jeffrey Graham:  Okay, come over at that price.
9    UM:  You got it.
10   Jeffrey Graham:  Thanks.
11   UM:  Bye bye.

Alderson Reporting Company
1-800-FOR-DEPO



Audio Transcription                                                    March 26, 2001
                              Washington, DC

Page 154

1  flipside again, and very lightly start selling.
2        Jeffrey Graham:  Okay.  At what price?
3        Andreas Badian:  I don't know, where is it?
4        Jeffrey Graham:  One and five teenies.
5        Andreas Badian:  That's good, isn't it?
6        Jeffrey Graham:  I don't know, you tell me.
7        Andreas Badian:  Well worth the money.
8        Yep, basically just get on the offer and be light
9  here, okay?
10       Jeffrey Graham:  Okay.
11       Andreas Badian:  Thank you.
12       Jeffrey Graham:  Bye.
13       Makes absolutely no sense.
14       Matt, now he said, "Okay."  So, he bought 50, he
15  goes, "All right, now let's sell it."  I don't understand
16  what's — I don't think I'm dumb, but I don't understand
17  what he's doing.
18       Moses Drillman:  Now he says sell?
19       Jeffrey Graham:  Yeah.
20       Moses Drillman:  He's buying [unintelligible].
21       Jeffrey Graham:  But I don't -- it doesn't make
22  sense to me.

Page 155

1        Moses Drillman:  Buy, Danny, [unintelligible].
2        Jeffrey Graham:  Makes no sense.
3        This is Danny.
4        Andreas Badian:  Get in line and do what you can
5  at the one and one-eighth low, okay?  On the Sedona.
6        Jeffrey Graham:  For how many shares?
7        Andreas Badian:  Like I said, do what you can.
8  But don't crush it.  I keep -- sorry, keep in line with,
9  you know, them.  Hit the bids lightly, if they hit it,
10  dada, dada da.
11       Jeffrey Graham:  Okay.
12       Andreas Badian:  Okay, thanks.
13       Jeffrey Graham:  Yep, bye.
14       He said use a quarter low.  Or, an eighth low.
15  Fucking makes no sense.

Page 157

Alderson Reporting Company
1-800-FOR-DEPO



Audio Transcription                                                March 26, 2001
                            Washington, DC

Page 158

1  Start: 3/26/2001 10:08:50 AM, Stop: 3/26/2001 10:12:25 AM,
2      Logger: 338601, Channel: 35, Session ID: 55533
[redacted]
[redacted]
[redacted]
[redacted]
8      Cody:  Hey, Danny, it's Cody.
9      Jeffrey Graham:  Yeah.
10     Cody:  Hey, buddy, Sedona --
11     Jeffrey Graham:  Yeah.
12     Cody:  Got thirty thou to go at one twenty-three.
13     Moses Drillman:  Danny, it could be for many
14  reasons, it could be that he sees it -- he's not getting
15  the deal.
16     Jacob Spinner:  No, no, no, no, it has nothing to
17  do with that.  There's some reason --
18     For 100,000 shares, whatever his deal is with the
19  company, you know?  Who the hell knows?  He's the one
20  negotiating with the company.
21     Moses Drillman:  I don't care about these type of
22  things, Dan, when he sells and buys back.

Page 159

1      Jacob Spinner:  That's irrelevant.
2      Moses Drillman:  That, I don't care about.
3      Jacob Spinner:  I don't have an issue, when I
4  have to hold stock for six months, you know, short and --
5      Jeffrey Graham:  -- buy 20,000 --
6      Jacob Spinner:  Fine, drive it.  You know what?
7  Drive it to liquidity, Paula said the same thing, you know,
8  of NASDAQ --
9      Moses Drillman:  It's not a problem.
10     Jeffrey Graham:  Say, he [unintelligible] 50,000
11  --
12     Jacob Spinner:  Go over to Frankel, to buy, fifty
13  from Frankel.
14     Moses Drillman:  How much have you bought, Dan?
15     Jeffrey Graham:  Thirty.
16     Moses Drillman:  Frankel -- six tenths.
17     Jeffrey Graham:  But even off Frankel.
18     Moses Drillman:  Not usually, but we will here.
19     [Phone Dialing]
20     UM:  Fresca?
21     Moses Drillman:  Hi, sell short 2,000 Sienna at
22  market, please?

Page 160

1      UM:  Okay.
2      Moses Drillman:  Thanks.
3      BJ:  Barbara [unintelligible].
4      Moses Drillman:  Yes, Barbara?
5      BJ:  Hi, how you doing?
6      Moses Drillman:  Hi.
7      BJ:  I got the stock certificates.
8      Moses Drillman:  Wonderful.
9      BJ:  Send it to you?
10     Moses Drillman:  Please.
11     BJ:  Okay.
12     Moses Drillman:  Thank you.
13     BJ:  Bye.
14     Moses Drillman:  Hello.
15     UM:  I've got a long, here.
16     Moses Drillman:  You've got a long?
17     UM:  [Unintelligible] long Juniper.
18     Moses Drillman:  Okay, tell me why.
19     UM:  It looks like, I'm going to [unintelligible]
20  we're going to bust through 41 again.
21     Moses Drillman:  I'm waiting, I'm sorry.  I don't
22  feel comfortable with it, yet.

Page 161

1      UM:  Okay.  In other words, you don't like it?
2      Moses Drillman:  You could be right --
3      UM:  Matty, if you don't like Andreas looking,
4  I'm just looking at the trading patterns, and I'm looking
5  at every time we go below, that the bid size comes up.
6      Moses Drillman:  Okay.
7      UM:  But, if you don't like it, you don't like
8  it.
9      Moses Drillman:  I'm going to wait right now.
10     UM:  Fine.
11     Moses Drillman:  Thanks.
12     UM:  Bye.
13     Moses Drillman:  Danny, stamp the sell ticket.
14     UM:  Selling short, 2,000 Sienna 58 and seven
15  teenies, and SDNA we're up to 17,900.
16     Moses Drillman:  Okay, great, thanks.
17     Thank you.
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

41 (Pages 158 to 161)

Audio Transcription             March 26, 2001

Washington, DC



**Page 180**

1 one that's not me is MASH and NITE, okay?

2      Jeffrey Graham:  What's that?

3      Andreas Badian:  The only one that's not me on

4 the Sedona bids —

5      Jeffrey Graham:  Yeah?

6      Andreas Badian:  Is MASH and NITE.

7      Jeffrey Graham:  Okay.

8      Andreas Badian:  Thank you.

9      Jeffrey Graham:  Andreas, it's -- just is

10 bothering me, I don't know why.

11      UM:  What's the problem?

12      Jeffrey Graham:  Well, because now he's got three

13 different people bidding for the stock I'm supposed to be

14 selling.  It just makes no sense to me.

**Page 179**

1 Start: 3/26/2001 10:25:00 AM, Stop: 3/26/2001 11:08:23 AM,

2    Logger: 338601, Channel: 34, Session ID: 55751

3    [Phone Ringing]

4 Jeffrey Graham: This is Danny.

5      BJ:  What does Mr. Andreas want, do we know?

6    Jeffrey Graham:  Who knows.  He's driving me

7 crazy, though.

8      BJ:  Oh, okay.

9      [Phone Ringing]

10    Jeffrey Graham:  Sorry, him calling me now.

11      BJ:  All right, go, bye.

12    Jeffrey Graham:  So, call him when you get a

13 chance.

14      BJ:  Yeah.

15    Jeffrey Graham:  Thanks.

16      BJ:  Bye.

17    Jeffrey Graham:  Bye.

18      UF:  One minute.

19    Jeffrey Graham:  What's up?

20    Andreas Badian:  Hey, listen --

21    Jeffrey Graham:  Barbara's back.

22    Andreas Badian:  -- on the Sedona bids?  The only

**Page 181**

4    So, does this make any sense to you?

5      UM:  Push the stock up —

6    Jeffrey Graham:  Is it normal to ask him why he's

7 doing this?

8      UM:  Yeah, but not on the phone.  Push the stock

9 up —

10    Jeffrey Graham:  Well, we ran it down for weeks.

11 Then the stock's at seven-eighths, there's a lot of size on

12 the offer, and he wants — tells me that he wants to buy

13 it, up with the dollar top at 10:00, I was — why not just

14 buy it now if you want to buy it?  Then he has us, Frankel,

15 Island, Fleet, all these people running it up to one and

16 three-eighths, and now he wants me to sell it with an

17 eighth below, but he's got three people on the bid.

18      Moses Drillman:  And he wanted to hit —

19    Jeffrey Graham:  No, he doesn't want me to hit

20 them.

21      Moses Drillman:  What does that mean, an eighth

22 low?  Who are you supposed to sell it to?

46 (Pages 178 to 181)

Audio Transcription                                                    March 26, 2001
                              Washington, DC



Page 182

1        Jeffrey Graham:  Well, no one now, he said, MASH
2    wasn't him, NITE wasn't him --
3        Moses Drillman:  Does [unintelligible] imply
4    that's him?
5        Jeffrey Graham:  Apparently, I don't know.
6        Moses Drillman:  Isn't Frankel him?
7        Jeffrey Graham:  I don't know.  None of it makes
8    sense to me.  Sounds sketchy, at best.  Makes no sense why
9    he'd by it --
10       Moses Drillman:  Where's Jay?
11       Jeffrey Graham:  He went up to Barbara.  We
12   bought it over a quarter.  That's why I don't understand.
13   That's why Frank said, there's 30,000 coming into Frankel.
14   He said, I mean, we're competing with someone to buy stock,
15   and driving it up.  It's like --

Page 184

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription

Washington, DC

March 26, 2001



Page 210

1   Start: 3/26/2001 11:09:02 AM, Stop: 3/26/2001 11:51:09 AM,
2       Logger: 338601, Channel: 34, Session ID: 55752

54 (Pages 210 to 213)

Audio Transcription

Washington, DC

March 26, 2001



Page 221

6       [Phone Ringing]
7       Jeffrey Graham:  This is Danny.
8       Andreas Badian:  I'd like to exchange some light
9  lift on Sedona, there?
10      Jeffrey Graham:  A little bit, not much.
11      Andreas Badian:  Very good.  Basically, just keep
12  in line here, be nice and gentle, everyone who is me is
13  gone now.
14      Jeffrey Graham:  Okay.
15      Andreas Badian:  So, are you Island?
16      Jeffrey Graham:  Uh huh.
17      Andreas Badian:  I have a good idea.  Why don't
18  you reduce him and you by 1,000.  Hit him by 1,000 and
19  reduce your offer by 1,000.
20      Jeffrey Graham:  Okay.
21      Andreas Badian:  Thanks.
22      Jeffrey Graham:  Bye.

Audio Transcription

Washington, DC

March 26, 2001



Page 237

1   Start: 3/26/2001 12:55:28 AM, Stop: 3/26/2001 1:37:27 AM,
2   Logger: 338601, Channel: 34, Session ID: 55756

60 (Pages 234 to 237)

Alderson Reporting Company
1-800-FOR-DEPO



Page 246

17   Cliff: Trading.
18   Jeffrey Graham: Cliff?
19   Cliff: Yeah.
20   Jeffrey Graham: What have we done today?
21   Cliff: Well, what did we do here --
22   Jeffrey Graham: Hold on.

Page 247

1    [Phone Ringing]
2    Jeffrey Graham: This is Danny, hello? Hello?
3    UM: Yes, hello.
4    Jeffrey Graham: Yeah, what's up?
5    UM: I guess the Sedona you're keeping in line
6    here, anyway.
7    Jeffrey Graham: Yeah, trying to.
8    UM: All right, yeah, whatever. Our little plan
9    failed, [unintelligible].
10   Jeffrey Graham: Okay.
11   UM: Thank you, buddy.
12   Jeffrey Graham: Bye.



Page  270

1   Start: 3/26/2001 1:38:06 PM, Stop: 3/26/2001 1:51:22 PM,
2      Logger: 338601, Channel: 34, Session ID: 55757


6      [Phone Dialing]
7      Cliff:  Trading.
8      Jeffrey Graham:  Cliff.
9      Cliff:  Hey, what's up?
10     Jeffrey Graham:  That Sedona's still in our
11  account.
12     Cliff:  Yeah? It will be removed.
13     Jeffrey Graham:  Make it go away.
14     Cliff:  Yeah, it should be gone.
15     Jeffrey Graham:  It's still there.
16     Cliff:  I really don't want it.
17     Jeffrey Graham:  Okay.
18     Cliff:  Alrighty? It should be flat.
19     Jeffrey Graham:  Okay.
20     Cliff:  Okay, buddy.
21     Jeffrey Graham:  Thanks, Cliff.
22     Cliff:  Bye.

Page  271

1      Jeffrey Graham:  Bye.

Page 272



Audio Transcription                                                    March 26, 2001

Washington, DC

Page 276

1        Moses Drillman:  Well --
2        BJ:  I said, "Well, you have to tell me what it
3   is, I can't," I'm not a fucking mind reader.
4        Moses Drillman:  What's the deal with the
5   company?  If you can't get Ken Hill, call Andreas, call
6   Thomas --
7        BJ:  I did, Andreas turned it over to Ken.
8        Moses Drillman:  Then tell Ken that it's not
9   satisfied, the President of Revco needs to know this.
10       BJ:  Okay.
11       Moses Drillman:  Okay?
12       BJ:  I'll call him back.
13       Moses Drillman:  Like, this is asap.
14       BJ:  Yep.
15       Moses Drillman:  Thanks.
16       BJ:  Okay, bye.

Page 275

1    Start:  3/26/2001 1:57:15 PM, Stop:  3/26/2001 1:59:44 PM,
2        Logger: 338601, Channel: 35, Session ID: 55872

5        [Phone Dialing]
6        BJ:  Yes.
7        Moses Drillman:  Hi, do you have that information
8   on AFFI?
9        BJ:  No, I actually -- Ken Hill now needs me to
10  word it for him, he doesn't know what to say.  I said,
11  "Just let us know what it's, you know, how this is going
12  down."
13       Moses Drillman:  All right, Sandy needs it, so do
14  whatever you need to do, he's really on top of --
15       BJ:  I need to go through this with you, how do
16  you want this worded?
17       Moses Drillman:  What is it?  What kind of deal
18  is it?
19       BJ:  I said to him, "Is it a conversion of
20  preferred?"
21       Moses Drillman:  Yeah?
22       BJ:  And he said, "Well, yeah, but not."

70 (Pages 274 to 277)

Alderson Reporting Company
1-800-FOR-DEPO

Audio Transcription

Washington, DC

March 26, 2001



Page 284

1 short.

2     Andreas Badian:  Yep.

3     Moses Drillman:  So, you know, it just makes

4 things a lot better, when having to speak -- when people

5 get a call, when we get a call that we can answer it in a

6 prompt way.

7     Andreas Badian:  Right.  I mean, at the most

8 informal level, it's a conversion, we're just holding off

9 on the conversation a little bit.

10     Moses Drillman:  Okay.  That's -- I just need to

11 know as to when that — what, when that --

12     Andreas Badian:  And it's estimated within the

13 next two weeks.

14     Moses Drillman:  Okay, is there any particular

15 perspect — so there hasn't been a registration done on it,

16 yet?

17     Andreas Badian:  Yeah, yeah, it's registered.

18     Moses Drillman:  Oh, it is registered?

19     Andreas Badian:  Yeah.

20     Moses Drillman:  Can you give me the registration

21 statement?  Which one -- which one it was, when was the

22 filing?

Page 283

1   Start: 3/26/2001 2:05:596 PM, Stop: 3/26/2001 2:07:25 PM,

2     Logger: 338601, Channel: 35, Session ID: 55876

3     Moses Drillman:  Hello?

4     Andreas Badian:  Hey, it's Andreas.

5     Moses Drillman:  Hey, Andreas.

6     Andreas Badian:  So, what's going on with this

7 AFFI?

8     Moses Drillman:  We had an inquiry from the NSCC,

9 this is not the SEC — it's NSCC --

10     Andreas Badian:  Uh huh?

11     Moses Drillman:  As to the -- the size of the

12 short that we've been keeping, and the duration of it.

13     Andreas Badian:  Right.

14     Moses Drillman:  And so, the President of Revco

15 got a little rattled by it, and so we want to try to just

16 explain to him --

17     Andreas Badian:  It's a lot of shares, but it's

18 not a lot of money.

19     Moses Drillman:  No, no, no -- the issue is not

20 the money.  The issue is, is that he's gotten the -- he got

21 a call from the NSCC yesterday, short.  So, we like to try

22 to rationalize, and explain to him, as to why we have this

Page 285

1     Andreas Badian:  That's a good question.  You

2 know what?  I'll try to find out for you.

3     Moses Drillman:  That's all I would need.

4     Andreas Badian:  All right, great.

5     Moses Drillman:  Okay?

6     Andreas Badian:  Bye.

7     Moses Drillman:  Thanks.

8     [End of Audio]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

72 (Pages 282 to 285)