# Attachment 34

SEC v. Badian

Audio Transcription

April 18, 2001

SEC v. Badian April 18, 2001

[redacted]

[redacted]

[redacted]

Page 9

Start: 4/18/2001 8:56:31 AM, Stop: 4/18/2001 10:00:33 AM,
Logger: 338601, Channel: 34, Session ID: 72340
[redacted]

3 (Pages 6 to 9)

Alderson Reporting Company
1-800-FOR-DEPO

Hey

Jeffrey Danny Graham: Hello, I got a – hello?

Rick: Hello, Danny.

Jeffrey Danny Graham: Yeah.

Rick: What's up?

Jeffrey Danny Graham: What's going on?

Rick: We're doing more of the crossing thing, just like we did yesterday.

Jeffrey Danny Graham: Yeah, it looks like Sedona missed numbers too.

Rick: Sedona missed numbers?

Jeffrey Danny Graham: Let me look, I didn't look at it too carefully. Sedona, year losses continue operating .42 a share versus .18.

Rick: Woops.

Jeffrey Danny Graham: Just so you know. And then Jay told you about the Windstar?

Rick: Yep, thanks, buddy.

Jeffrey Danny Graham: Okay?

Rick: Bye.

Jeffrey Danny Graham: Bye.

[Call End]

SEC v. Badian April 18, 2001

Page 63

Page 65

Start: 4/18/2001 10:20:27 AM, Stop: 4/18/2001 11:43:55 AM, Logger: 338601, Channel: 34, Session ID: 72342

17 (Pages 62 to 65)

Alderson Reporting Company
1-800-FOR-DEPO

Page 69

[Phone Dialing]

UM: [Unintelligible].

Jeffrey Danny Graham: Hey, is Sean there?

UM: Who's calling?

Jeffrey Danny Graham: Danny at Refco.

UM: One second.

Jeffrey Danny Graham: Thanks.

Sean: Hey Danny.

Jeffrey Danny Graham: Hey what's going on?

Sean: Nothing much.

Jeffrey Danny Graham: You got a minute?

Sean: Let's do it.

Jeffrey Danny Graham: Okay. SCEP –

Sean: SCEP –

Jeffrey Danny Graham: Straight 50 now, I don't know if you want to put on 25.

Sean: No, let's do 50.

Jeffrey Danny Graham: Do 50 –

Page 70

Sean: What's the volume?
Jeffrey Danny Graham: The volume's 49 5.
Sean: Let's do 25 then.
Jeffrey Danny Graham: Okay.
Sean: Okay, at 2450?
Jeffrey Danny Graham: Sure.
Sean: Okay.
Jeffrey Danny Graham: Sedona –
Sean: Alright.
Jeffrey Danny Graham: Just trade a little over a hundred thousand.
Sean: Let's do 50 there.
Jeffrey Danny Graham: Okay, at 99.
Sean: 99, okay.
Jeffrey Danny Graham: ASSI only traded 18,000.
Sean: How many did we do?
Jeffrey Danny Graham: We did 10,000 at 9.
Sean: Do another 10 there.
Jeffrey Danny Graham: 10 at 9.
Sean: Uh-mm.
Jeffrey Danny Graham: Okay, and triple WN, our 10,000 [unintelligible].

Page 71

Sean: Wow.
Jeffrey Danny Graham: Yeah, this thing didn't trade for like – before we started doing this it didn't trade for a while.
Sean: We'll do another 10.
Jeffrey Danny Graham: Another 10 at 12.
Alright.
Sean: Alrighty.
Jeffrey Danny Graham: Great, thanks. Bye.
[Call End]
[New Call]
Frank: Hello.
Jeffrey Danny Graham: Hey Frank.
Frank: Yeah.
Jeffrey Danny Graham: Sorry I didn't call you before, I have a few things coming over from Westminster, but I'm not writing tickets on them yet, so that's why I haven't brought them – the tickets over.
Frank: Okay, take a look.
Jeffrey Danny Graham: Okay.
Frank: Alright, VNTK, ASSI, SCEP, SDNA.
Jeffrey Danny Graham: VNTK, I don't think – there shouldn't be anything else there.

Page 72

Frank: 10,000.
Jeffrey Danny Graham: At 21?
Frank: Yeah.
Jeffrey Danny Graham: And I think Danny picked that up from Spearling.
Frank: Okay.
Jeffrey Danny Graham: That one we're staying open till the end of the day.
Frank: [Unintelligible] the rest of them right?
Jeffrey Danny Graham: Well, what's the next one?
Frank: ASSI 10,000 at 9 cents.
Jeffrey Danny Graham: That's good.
Frank: SCEP 10,000 at 22 cents.
Jeffrey Danny Graham: That's good.
Frank: SDNA 20,000 at .92 cents.
Jeffrey Danny Graham: Okay.
Frank: [Unintelligible].
Jeffrey Danny Graham: Right, and then there should be some other things coming over in a few minutes.
Frank: Okay.
Jeffrey Danny Graham: Just let me know when they're here.

Page 73

Frank: Okay.
Jeffrey Danny Graham: Thanks Frank.
Frank: Bye.
[Call End]

SEC v. Badian    April 18, 2001



Page 116
Start: 4/18/2001 1:09:07 PM, Stop: 4/18/2001 1:55:13 PM,
Logger: 338601, Channel: 34, Session ID: 72350

30 (Pages 114 to 117)

Alderson Reporting Company
1-800-FOR-DEPO

[redacted]

Page 121

[redacted]

[Phone Ringing]
Jeffrey Danny Graham: This is Danny.
Rick: Yeah, hi Danny, it's Rick.
Jeffrey Danny Graham: Hey, what's up?
Rick: Okay, Sedona what are we doing?
Jeffrey Danny Graham: Sedona is 50,000 at 93.
Rick: Okay.
Jeffrey Danny Graham: SCEP, S-C-E-P.
Rick: Okay.
Jeffrey Danny Graham: 50,000 at 23.
Rick: 23, okay.
Jeffrey Danny Graham: Triple WN –
Rick: Okay.
Jeffrey Danny Graham: 50,000 at 1 3.
Rick: Okay.
Jeffrey Danny Graham: And ASSI 50,000 at 0 9.
Rick: Sold to you.

SEC v. Badian April 18, 2001

Page 122

Jeffrey Danny Graham: Okay.
Rick: Thanks.
Jeffrey Danny Graham: Thanks a lot.
[Call End]
[redacted]

32 (Pages 122 to 125)

Alderson Reporting Company
1-800-FOR-DEPO



Page 131

Start: 4/18/2001 2:14:18 PM, Stop: 4/18/2001 2:28:24 PM, Logger: 338601, Channel: 34, Session ID: 3253

[redacted]

[redacted]

[redacted]

[Phone Dialing]

UM: Trading.

Jeffrey Danny Graham: Hey, is Sean there? Sean or Rick?

UM: Sure, who's calling?

Jeffrey Danny Graham: Danny from Refco.

UM: [Unintelligible]. [THIS IS RICK]

Jeffrey Danny Graham: Thanks.

Rick: Trading, Rick.

Jeffrey Danny Graham: Hey Rick, it's Danny, how you doing?

Rick: Hey Danny.

Jeffrey Danny Graham: I want to see if we could put a couple more trades here.

Rick: Okay.

Jeffrey Danny Graham: ASSI.

Rick: Uh-mm.

Jeffrey Danny Graham: Another 50,000 at 09.

Rick: Okay.

Jeffrey Danny Graham: Triple WN another 50,000 at 14.

Rick: Okay.

Jeffrey Danny Graham: SCEP another 50,000 at 22.

Rick: Okay.

SEC v. Badian April 18, 2001

Page 138

Jeffrey Danny Graham: And Sedona another 50,000 at 90 cents.

Rick: At 90 cents?

Jeffrey Danny Graham: 90.

Rick: Okay.

Jeffrey Danny Graham: Okay?

Rick: Thanks, Danny.

Jeffrey Danny Graham: Thanks.

[Call End]

Page 14

Page 1

36 (Pages 138 to 141)

Alderson Reporting Company
1-800-FOR-DEPO

Page 138

Jeffrey Danny Graham: And Sedona another 50,000 at 90 cents.

Rick: At 90 cents?

Jeffrey Danny Graham: 90.

Rick: Okay.

Jeffrey Danny Graham: Okay?

Rick: Thanks, Danny.

Jeffrey Danny Graham: Thanks.

[Call End]

[Background]

[Phone Dialing]

Danny: Hello.

Jeffrey Danny Graham: Hey Danny?

Danny: Yes.

Jeffrey Danny Graham: Four more trades coming over. Shall I give them to you or just bring over the tickets?

Danny: AFI [unintelligible].

Jeffrey Danny Graham: Yeah, ASSI 50 at nine, triple WN 50,000 at 14, SCEP 50,000 at 22 at Sedona 50,000 at 90.

Danny: [Unintelligible].

Page 139

Jeffrey Danny Graham: Thanks.

[Call End]

Page 14

Page 1

Start: 4/18/2001 2:29:05 PM, Stop: 4/18/2001 3:11:53 PM,

Logger: 338601, Channel: 34, Session ID: 3254

Page 158

[redacted]

Page 160

[redacted]

[Phone Dialing]

Rick: Trading, Rick.

Jeffrey Danny Graham: Hey Rick, it's Danny, how you doing?

Rick: Good Danny.

Jeffrey Danny Graham: Want to see if we could do some more trades here.

Rick: Okay.

Jeffrey Danny Graham: AFFI –

Rick: Uh-mm.

Jeffrey Danny Graham: 50,000 at 09.

Rick: 09 okay.

Jeffrey Danny Graham: Triple WN 50,000 at 13.

Rick: 13, okay.

Page 161

Jeffrey Danny Graham: SCEP 50,000 at 22.

Rick: 22.

Jeffrey Danny Graham: Wait, 22? Oh yeah, I guess that's where that was.

Rick: Okay.

Jeffrey Danny Graham: And Sedona 50,000 at 91.

Rick: Sold.

Jeffrey Danny Graham: Okay?

Rick: Thanks.

Jeffrey Danny Graham: Thanks.

[Call End]

[redacted]

SEC v. Badian April 18, 2001

Page 174

Start: 4/18/2001 3:12:57 PM, Stop: 4/18/2001 3:32:40 PM,
Logger: 338601, Channel: 34, Session ID: 3255

[redacted]

45 (Pages 174 to 177)

Alderson Reporting Company
1-800-FOR-DEPO

Page 179

Page 181

[Phone Dialing]
Rick: Trading, Rick.
Jeffrey Danny Graham: Hey Rick, it's Danny, how you doing?
Rick: Hey Danny.
Jeffrey Danny Graham: I wanted to just do one last bit of trades here if we can.
Rick: Hold on one second.
Jeffrey Danny Graham: Sure.
[Background]
Rick: Danny?
Jeffrey Danny Graham: Yeah.
Rick: Hey.
Jeffrey Danny Graham: Okay, ready?

Page 182

Rick: Yep.

Jeffrey Danny Graham: WWWN 00

Rick: Right.

Jeffrey Danny Graham: 50,000 at twelve and a half.

Rick: Okay.

Jeffrey Danny Graham: AFFI --

Rick: Right.

Jeffrey Danny Graham: 50,000 at nine cents.

Rick: Okay.

Jeffrey Danny Graham: Sedona 50,000 at ninety cents.

Rick: Okay.

Jeffrey Danny Graham: And SCEP 50,000 at twenty-one.

Rick: Thank you.

Jeffrey Danny Graham: Alright?

Rick: Okay.

Jeffrey Danny Graham: Thanks a lot, man.

[Call End]

Jeffrey Danny Graham: Oh, shit.

[Phone Dialing]

Page 183

Rick: Trading, Rick.

Jeffrey Danny Graham: Hey Rick, it's Danny.

Rick: Hey.

Jeffrey Danny Graham: Hey, that Sedona, I don't know if -- did you put those through yet? I hope --

Rick: Not yet.

Jeffrey Danny Graham: Okay, the Sedona I need to change.

Rick: Okay.

Jeffrey Danny Graham: I only need to buy 23,276 more at ninety cents. Sorry about that.

Rick: 23,276?

Jeffrey Danny Graham: Yep.

Rick: Sedona at ninety cents.

Jeffrey Danny Graham: Yep.

Rick: Okay, thanks.

Jeffrey Danny Graham: Thanks.

[Call End]