# Introductory Econometrics
## A Modern Approach

**JEFFREY M. WOOLDRIDGE**

Michigan State University

**THOMSON**

**SOUTH-WESTERN**

Australia · Canada · Mexico · Singapore · Spain · United Kingdom · United States

Case 1:06-cv-02621-LTS   Document 231-1   Filed 12/06/10   Page 2 of 3



**THOMSON**

**SOUTH-WESTERN**

**Introductory Econometrics: A Modern Approach, 2e**
Jeffrey M. Wooldridge

**Editor-in-Chief:**
Jack W. Calhoun

**Vice President, Team Director:**
Michael P. Roche

**Publisher of Economics:**
Michael B. Mercier

**Acquisitions Editor:**
Michael W. Worls

**Developmental Editor:**
Andrew McGuire

**Marketing Manager:**
Janet Hennies

**Production Editor:**
Starratt E. Alexander

**Manufacturing Coordinator:**
Sandee Milewski

**Compositor:**
GGS Information Services, Inc.

**Production House:**
Litten Editing and Production

**Printer:**
Phoenix Color/Book Technology Park

**Design Project Manager:**
Christy Carr

**Internal Design:**
Ramsdell Design, Cincinnati, OH

**Cover Design:**
Ramsdell Design, Cincinnati, OH

**Cover Image - Top:**
© The Image Bank/Jeffrey M. Spielman

**Cover Image - Bottom:**
© Photodisc/Chad Baker

COPYRIGHT © 2003
by South-Western, a division of Thomson Learning. Thomson Learning™ is a trademark used herein under license.

Printed in the United States of America
2  3  4  5  04  03  02

For more information,
contact South-Western,
5191 Natorp Boulevard,
Mason, Ohio 45040.
Or you can visit our Internet site at:
http://www.swcollege.com

ALL RIGHTS RESERVED.
No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, or information storage and retrieval systems—without the written permission of the publisher.

For permission to use material from this text or product, contact us by
Tel (800) 730-2214
Fax (800) 730-2215
http://www.thomsonrights.com

Library of Congress Cataloging-in-Publication Data:

Introductory econometrics
   p.  cm.
   Includes bibliographical references and index.
   ISBN 0-324-11364-1
   1. Econometrics.
HB139.W665  2002
330'.01'5195—dc21
                                    2002070585

Case 1:06-cv-02621-LTS   Document 231-1   Filed 12/06/10   Page 3 of 3

Even after deciding on the appropriate alternative, there is a component of arbitrariness to the classical approach, which results from having to choose a significance level ahead of time. Different researchers prefer different significance levels, depending on the particular application. There is no "correct" significance level.

Committing to a significance level ahead of time can hide useful information about the outcome of a hypothesis test. For example, suppose that we wish to test the null hypothesis that a parameter is zero against a two-sided alternative, and with 40 degrees of freedom we obtain a $t$ statistic equal to 1.85. The null hypothesis is not rejected at the 5% level, since the $t$ statistic is less than the two-tailed critical value of $c = 2.021$. A researcher whose agenda is not to reject the null could simply report this outcome along with the estimate: the null hypothesis is not rejected at the 5% level. Of course, if the $t$ statistic, or the coefficient and its standard error, are reported, then we can also determine that the null hypothesis would be rejected at the 10% level, since the 10% critical value is $c = 1.684$.

Rather than testing at different significance levels, it is more informative to answer the following question: Given the observed value of the $t$ statistic, what is the *smallest* significance level at which the null hypothesis would be rejected? This level is known as the *p*-value for the test (see Appendix C). In the previous example, we know the *p*-value is greater than .05, since the null is not rejected at the 5% level, and we know that the *p*-value is less than .10, since the null is rejected at the 10% level. We obtain the actual *p*-value by computing the probability that a $t$ random variable, with 40 *df*, is larger than 1.85 in absolute value. That is, the *p*-value is the significance level of the test when we use the value of the test statistic, 1.85 in the above example, as the critical value for the test. This *p*-value is shown in Figure 4.6.

Since a *p*-value is a probability, its value is always between zero and one. In order to compute *p*-values, we either need extremely detailed printed tables of the $t$ distribution—which is not very practical—or a computer program that computes areas under the probability density function of the $t$ distribution. Most modern regression packages have this capability. Some packages compute *p*-values routinely with each OLS regression, but only for certain hypotheses. If a regression package reports a *p*-value along with the standard OLS output, it is almost certainly the *p*-value for testing the null hypothesis $H_0: \beta_j = 0$ against the two-sided alternative. The *p*-value in this case is

$$P(|T| > |t|), \qquad (4.15)$$

where, for clarity, we let $T$ denote a $t$ distributed random variable with $n - k - 1$ degrees of freedom and let $t$ denote the numerical value of the test statistic.

The *p*-value nicely summarizes the strength or weakness of the empirical evidence against the null hypothesis. Perhaps its most useful interpretation is the following: the *p*-value is the probability of observing a $t$ statistic as extreme as we did *if the null hypothesis is true*. This means that *small p*-values are evidence *against* the null; large *p*-values provide little evidence against $H_0$. For example, if the *p*-value = .50 (reported always as a decimal, not a percent), then we would observe a value of the $t$ statistic as extreme as we did in 50% of all random samples when the null hypothesis is true; this is pretty weak evidence against $H_0$.