# REDACTED EXHIBIT L

# (SEC EXHIBIT 366)

**Mishcon de Reya** Solicitors

Our Ref: [illegible]

Your Ref:

Summit House
12 Red Lion Square
London WC1R 4QD
DX 37954 Kingsway

www.mishcon.com

Marie McDonald
Manager,
Corporate Department
MMG Bahamas Ltd.
Suite 102, Saffrey Square
Bay Street & Bank Lane
P. O. Box CB-13937
Nassau, Bahamas

18 May 2009

Dear Sirs

**Amro International S.A.**

We can confirm that the ultimate beneficial owner of the company Amro International S.A. is a Family Trust established by the Settlor, Hans Ueli Bachofen of Grossmunsterplatz 6, Zurich, Switzerland CH-8022 for which we act as lawyers. We further confirm that the Trustee is Neeman Limited (Nevis).

We confirm that the beneficiary of the Family Trust which owns Amro International S.A. is Wladien Badian of Apartment 302 Waterside, Paynes Bay, St James, Barbados. We attach a copy of his passport and residence permit.

We are aware of the source of all funds and are quite comfortable in dealing with this client, notwithstanding current UK legislation.

Yours sincerely

Sarah Albury

**Sarah Albury**
Senior Associate

Direct Tel: [illegible]
Direct Fax: [illegible]
E-mail: [illegible]

[illegible]

Regulated by the Solicitors Regulation Authority
A list of partners is available for inspection at the above address

EXHIBIT
366

**Mishcon de Reya** Solicitors

Our Ref: [illegible]
Your Ref:

Summit House
12 Red Lion Square
London WC1R 4QD
DX 37954 Kingsway

www.[illegible]

18 May 2009

Marie McDonald
Manager,
Corporate Department
MMG Bahamas Ltd.
Suite 102, Saffrey Square
Bay Street & Bank Lane
P. O. Box CB-13937
Nassau, Bahamas

Dear Sirs

**Creon Management S.A.**

We can confirm that the ultimate beneficial owner of the company Creon Management S.A. is a Family Trust established by the Settlor, Hans Ueli Bachofen of Grossmunsterplatz 6, Zurich, Switzerland CH-8022 for which we act as lawyers. We further confirm that the Trustee is Neeman Limited (Nevis).

We confirm that the beneficiary of the Family Trust which owns Creon Management S.A. is Wladlen Badian of Apartment 302 Waterside, Paynes Bay, St James, Barbados. We attach a copy of his passport and residence permit.

We are aware of the source of all funds and are quite comfortable in dealing with this client, notwithstanding current UK legislation.

Yours sincerely

Sarah Albury

**Sarah Albury**
Senior Associate

Direct Tel: [illegible]
Direct Fax: [illegible]
E-mail: [illegible]

**Confidential pursuant to Securities and Exchange Act s.24(d).** FSAGJ0000122

EXHIBIT-0366-0002



RAUM FÜR AMTLICHE VERMERKE DER BEHÖRDE
RESERVED FOR THE AUTHORITY
P
AUT
BADIAN
WLADLEN
ÖSTERREICH
ORECHOWO-SUJEWO
GB
LONDON
20.07.2006
19.07.2011
164 cm

WE CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL

SOLICITOR

MISHCON DE REYA, SOLICITOR, SUMMIT HOUSE
12 RED LION SQ LONDON WC1R 4QD

**Confidential pursuant to Securities and Exchange Act s.24(d).** FSAGJ0000123

EXHIBIT-0366-0003

APT. 302 WATERSIDE
PAYNES BAY
ST. JAMES, BARBADOS

**Confidential pursuant to Securities and Exchange Act s.24(d).**

Mishcon de Reya Solicitors

Marie McDonald
Manager
Corporate Department
MMG Bahamas Ltd
Suite 102, Saffrey Square
Bay Street & Bank Lane
P. O. Box CB-13937
Nassau, Bahamas

25 June 2009

**BY COURIER AND BY E-MAIL: MMCDONALD@MORIMOR.COM**

Dear Marie

**Creon Management S.A.**

In order to comply with the legal requirements imposed by the Financial Transaction Reporting Act, 2000; we, the undersigned, as your client of record in respect of the captioned and any other company incorporated on our instructions under the International Business Companies Act, 2000 of the laws of The Bahamas, hereby undertakes that:

1. We have performed/will perform all necessary due diligence and know-your-client procedures required by law in respect of our clients, and we maintain or will maintain records of the evidence of all identification procedures of our clients and records of all transactions for at least five years, from the date of termination or deemed termination of business with our said clients.

2. Further, we undertake to advise you of every case in which it has not been or is not possible to verify the identity of the application for a corporation, trust or foundation.

3. We further accept that we shall supply you immediately with evidence of the verification of the identity of our clients in any appropriate matter affected by the anti-money laundering or terrorism financing laws of the jurisdictions of Panama, Belize, the British Virgin Islands, the Bahamas, or any other jurisdiction, in particular in any matter where you are required to assist the authorities with inquiries being made in relation to money laundering or terrorism financing laws activities or related offences.

4. We confirm that in the case bearer shares are assigned to new shareholders, the due diligence and know-your-client procedure will also be performed.

5. We further confirm that should any of our clients request that a General Power of Attorney is issued in favour of a person on whom we have not done other

Confidential pursuant to Securities and Exchange Act s.24(d). FSAGJ0000125

EXHIBIT-0366-0005

Mishcon de Reya Solicitors

appropriate due diligence and know-your-client procedures, that these will be performed in the same manner as stated above.

6. We understand that you cannot organize a corporation, trust or foundation or continue to provide Registered Agent services for companies already formed, if we are unable to comply with any of the foregoing undertakings.

7. We further certify that if- for any reason - we terminate business with our said clients, we shall inform you immediately the reasons for that termination, in the understanding that you will decide if you should continue to be Registered Agent.

Yours faithfully,

Sarah Albury

**Sarah Albury**
Senior Associate

Direct Tel. [illegible]
Direct Fax [illegible]
E-mail sarah.albury@mishcon.com

Encs

MDR 5773692.1

**Confidential pursuant to Securities and Exchange Act s.24(d).**

FSAGJ0000126

EXHIBIT-0366-0006

Mishcon de Reya Solicitors

Our Ref: SAA 8085.[illegible]

Summit House
12 Red Lion Square
London WC1R 4QD
DX 37954 Kingsway

www.mishcon.com

Marie McDonald
Manager
Corporate Department
MMG Bahamas Ltd
Suite 102, Saffrey Square
Bay Street & Bank Lane
P. O. Box CB-13937
Nassau, Bahamas

25 June 2009

BY COURIER AND BY E-MAIL: MMCDONALD@MORIMOR.COM

Dear Marie

**Amro International S.A.**

In order to comply with the legal requirements imposed by the Financial Transaction Reporting Act, 2000; we, the undersigned, as your client of record in respect of the captioned and any other company incorporated on our instructions under the International Business Companies Act, 2000 of the laws of The Bahamas, hereby undertakes that:

1. We have performed/will perform all necessary due diligence and know-your-client procedures required by law in respect of our clients, and we maintain or will maintain records of the evidence of all identification procedures of our clients and records of all transactions for at least five years, from the date of termination or deemed termination of business with our said clients.

2. Further, we undertake to advise you of every case in which it has not been or is not possible to verify the identity of the application for a corporation, trust or foundation.

3. We further accept that we shall supply you immediately with evidence of the verification of the identity of our clients in any appropriate matter affected by the anti-money laundering or terrorism financing laws of the jurisdictions of Panama Belize, the British Virgin Islands, the Bahamas, or any other jurisdiction. In particular in any matter where you are required to assist the authorities with inquiries being made in relation to many laundering or terrorism financing laws activities or related offences.

4. We confirm that in the case bearer shares are assigned to new shareholders, the due diligence and know-your-client procedures will also be performed.

5. We further confirm that should any of our clients request that a General Power of Attorney is issued in favour of a person on whom we have not done other

Regulated by the Solicitors Regulation Authority.
A list of partners is available for inspection at the above address

Confidential pursuant to Securities and Exchange Act s.24(d).

Mishcon de Reya Solicitors

appropriate due diligence and know-your-client procedures, that these will be performed in the same manner as stated above.

6. We understand that you cannot organize a corporation, trust or foundation, or continue to provide Registered Agent services for companies already formed, if we are unable to comply with any of the foregoing undertakings.

7. We further certify that if - for any reason – we terminate business with our said clients, we shall inform you immediately the reasons for that termination, in the understanding that you will decide if you should continue to be Registered Agent.

Yours faithfully,

[signature]

**Sarah Albory**
Senior Associate

Direct Tel: [illegible]
Direct Fax: [illegible]
E-mail: [illegible]

Encs

[illegible]

## MINUTES OF THE FIRST MEETING OF DIRECTORS

## OF

## CREON MANAGEMENT S.A.

Held: in the principal offices of the company
On: 29th March, 1999

---

Present at the Meeting were the Directors of the Corporation to wit:-

**MR. HANS GASSNER**
**DR. KURT ALIG**
**DR. ALEX WIEDERKEHR**

**Mr. Hans Gassner** acted as President, and as Secretary, **Dr. Kurt Alig** took the minutes thereof.

1. **INCORPORATION OF COMPANY:**

The Chairman laid before the meeting a copy of the Memorandum and Articles of Association of the Company.

2. **REGISTERED OFFICE.**

IT WAS RESOLVED: That the Registered Office of the company be situated at Pasea Estate, Road Town, Tortola, B.V.I.

3. **ADOPTION OF SEAL:**

IT WAS RESOLVED: That the Company adopt a seal, an impression of which is annexed to these Minutes.

4. **APPOINTMENT OF OFFICERS OF THE CORPORATION:**

IT WAS RESOLVED: That the following be appointed Officers of the Corporation:-

**Director/President** - **Mr. Hans Gassner**
**Director/Secretary** - **Dr. Kurt Alig**
**Director** - **Dr. Alex Wiederkehr** all with address: **Dr. Batliner & Partners, Aeulestrasse 74, FL-9490 Vaduz, Liechtenstein.**

There being no further business to be transacted at this Meeting, it was declared closed and in witness thereof these Minutes have been issued, signed and sealed on the date and place first written above.

Mr. Hans Gassner
Director/President

Dr. Kurt Alig
Director/Secretary

**Confidential pursuant to Securities and Exchange Act s.24(d).**

**CREON MANAGEMENT SA**
(Incorporated in British Virgin Islands)

MINUTES OF THE MEETING OF THE FIRST DIRECTORS HELD ON THE 29TH DAY OF MARCH 2000 AT AEULESTRASSE 74, FL-9490 VADUZ, LIECHTENSTEIN

| | |
|---|---|
| Present | Mr Hans Gassner<br>Dr Alex Wiederkehr<br>Dr Kurt Alig |
| Incorporation of Company | A copy of the Certificate of Incorporation of the Company dated 4th March 1999 is attached to these minutes together with a printed copy of the Memorandum and Articles of Association. |
| Common Seal | It was resolved that the Company Seal, an impression of which is affixed in the margin hereof, be and is hereby adopted as the Common Seal of the Company. |
| First Directors | A notice in writing signed by the Sole Subscriber to the Memorandum and Articles of Association nominating the following as the first directors of the Company with effect from 29th March 1999 is noted:<br><br>Mr Hans Gassner<br>Dr Alex Wiederkehr<br>Dr Kurt Alig |
| Registered Agent | It was confirmed that Ansbacher (BVI) Limited be appointed as the registered agent of the Company. |
| Registered Office | It was confirmed that the registered office of the Company be situated at the offices of Ansbacher (BVI) Limited, International Trust Building, Road Town, Tortola, British Virgin Islands. |
| Allotment of Shares | Further to and in accordance with application(s) received, it was RESOLVED<br><br>a. THAT, subject to payment being received in full one share be allotted to the applicant(s) and registered to the following:<br><br>BEARER<br><br>b. THAT appropriate entries be made in the register of members |

c. THAT, the common seal of the Company be affixed to share certificate(s) number(s) one.

Closure — There being no further business, the meeting was closed.

Mr Hans Gassner

Dr Alex Wiederkehr

Dr Kurt Alig

Confidential pursuant to Securities and Exchange Act s.24(d). FSAGJ0000131

EXHIBIT-0366-0011

RESOLUTIONS OF THE SHAREHOLDER

OF

CREON MANAGEMENT S.A.

The undersigned, being the Shareholder of Creon Management S.A., an International Business Company organised and existing under the laws of the British Virgin Islands (the "Company"), hereby consents to the adoption of the following resolutions:

RESOLVED, to accept the resignations of Hans Gassner, Alex Wiederkehr and Kurt Alig as Directors of the Company;

and further

RESOLVED, that David K. Sims and Lamberto Banchetti be and hereby are appointed as directors of the Company, in place and stead as of the date hereof, to serve for an indefinite term until resignation or removal;

and further

RESOLVED, that the Registered Office of the Company will be Harbour House, 2nd Floor, Waterfront Drive, P.O. Box 972, Road Town, Tortola, British Virgin Islands;

and further

RESOLVED, that the Registered Agent in the British Virgin Islands will be Beacon Capital Management Limited, Harbour House, 2nd Floor, Waterfront Drive, P.O. Box 972, Road Town, Tortola, British Virgin Islands.

and further

RESOLVED, that Beacon Capital Management Limited, as Registered Agent be and hereby is authorised to file the relevant documents with the Registrar of Companies to effect the above changes.

Adopted and signed this 31st day of January, 2001.

Neil Galloway
Shareholder

TOTAL P.02

I, NEIL GALLOWAY of 3 Boulevard du Jardin Exotique, Monaco HEREBY ADMIT and DECLARE that I hold my interest in the shares of which short particulars are set out in the Schedule hereto ("the Shares") upon trust for Dunros Trust Company Limited of Aeulestrasse 74, FL-9490 Vaduz, Liechtenstein ("the Beneficial Owner") and I HEREBY UNDERTAKE that I will sell, transfer or otherwise deal with the same and exercise all rights of voting and other privileges attached thereto or to any of the Shares of which for the time being I remain the holder in such manner as the Beneficial Owner shall direct.

Dated this 29th day of March 1999

The Schedule

("The Shares")

| | | |
|---|---|---|
| Name of Undertaking: | : | Creon Management S.A. |
| Denomination of Shares: | : | Bearer Shares of US$1.00 each |

SIGNED as a DEED by )
NEIL GALLOWAY )
In the presence of: )

MARK [illegible]

**Confidential pursuant to Securities and Exchange Act s.24(d).**

FSAGJ0000133

RESOLUTION OF THE SOLE SHAREHOLDER

OF

CREON MANAGEMENT S.A.

The undersigned, being the Sole Shareholder of **Creon Management S.A.**, an International Business Company existing and operating under the laws of the British Virgin Islands ("the Company"), hereby consents to the adoption of the following resolution:-

RESOLVED, that the resignation of **Lamberto Banchetti** as a director of the Company be and hereby is accepted and that **Admiral Managers Ltd.**, be and hereby is appointed in his stead to serve for an indefinite period until resignation or removal.

Adopted and signed this 30th day of **May, 2003**.

**Colin Vandervell**
**Shareholder**

**Confidential pursuant to Securities and Exchange Act s.24(d).**

# DECLARATION OF TRUST

I, Colin VANDERVELL of 2 bis, rue Honoré Labande, MC 98000 Monaco HEREBY ADMIT and DECLARE that I hold my interest in the shares of which short particulars are set out in the Schedule hereto ("the Shares") upon trust for First Advisory Trust Reg of Aeulestrasse 74, FL-9490 Vaduz, Liechtenstein ("the Beneficial Owner") and I HEREBY UNDERTAKE that I will sell, transfer or otherwise deal with the same and exercise all rights of voting and other privileges attached thereto or to any of the Shares of which for the time being I remain the holder in such manner as the Beneficial Owner shall direct.

Dated this 23rd day of January 2008

THE SCHEDULE
("the Shares")

| | |
|---|---|
| Name of Undertaking | CREON MANAGEMENT S.A. |
| Denomination of Shares | US$ 1.00 each |
| Number of Shares | One |

SIGNED as a DEED )
by Colin VANDERVELL )
in the presence of: )
Denise SOLOMON
5, Impasse des Carrières,
MC 98000 Monaco

Confidential pursuant to Securities and Exchange Act s.24(d).

MINUTES OF A MEETING OF THE BOARD OF DIRECTORS OF CREON MANAGEMENT S.A.

("The Company")

At 10:00 a.m. July 22ND, 2004 notice to this meeting as to the time, place and purpose thereof having been waived by all persons entitled thereto, a meeting of the Board of Directors of the Company was held in the Principal Office of the Company.

Present at this meeting the Director of the Company to wit: ADMIRAL MANAGERS LTD.

The purpose of the meeting was to accept the resignation of the Director and to appoint new Directors/Officers in the company and to change the Registered Agent and Office.

After a brief discussion of the matter brought before this meeting and upon motion duly made and seconded, the following resolution was unanimously approved

RESOLVED:

1) That the resignation of ADMIRAL MANAGERS LTD. be accepted with immediate effect.

2) That RAFAEL ALAIN, MARTA DE SAAVEDRA and SILVIA CLARKE be appointed as the new Directors and Officers of the Company.

3) That the Board of Directors and Officers are as follows:

| | |
|---|---|
| RAFAEL ALAIN | - Director/President |
| MARTA DE SAAVEDRA | - Director/Secretary |
| SILVIA CLARKE | - Director/Treasurer |

4) That the Registered Agent and Office of the Company is Morgan & Morgan Trust Corporation, Ltd. Pasea Estate, P. O. Box 958, Road Town Tortola, British Virgin Islands.

There being no further business at this Meeting, it was declared closed and in witness hereof these Minutes have been issued, signed and sealed on the date and place first above written.

..................................

ADMIRAL MANAGERS LTD.
DIRECTOR

FSAGJ0000136

Confidential pursuant to Securities and Exchange Act s.24(d).



TERRITORY OF THE BRITISH VIRGIN ISLANDS
THE BVI BUSINESS COMPANIES ACT 2004 (as amended)

CERTIFICATE OF INCUMBENCY

CREON MANAGEMENT S.A.
("the Company")

We, MORGAN & MORGAN TRUST CORPORATION LIMITED, a company incorporated under the laws of the British Virgin Islands and holding a general trust license under the Banks and Trust Companies Act, 1990 (as amended) of the said laws, as Registered Agent of **CREON MANAGEMENT S.A.**, a company duly incorporated in the British Virgin Islands as an International Business Company under Company Number ***314840*** on the ***4th day of March, 1999***, and automatically re-registered as a BVI Business Company on the 1st day of January, 2007, **do hereby certify that:**

1. Morgan & Morgan Trust Corporation Limited is the Registered Agent and provides registered office services for the Company. The registered office of the Company is at Pasea Estate, Road Town, Tortola, British Virgin Islands.

2. According to the records available at the registered office of the Company, the Company is duly incorporated, validly existing and in good standing under the laws of the British Virgin Islands.

3. The Authorized Capital of the Company is ***US$ 50,000.00*** divided into ***50,000*** shares with a par value of ***US$ 1.00*** each.

4. According to the records maintained at the registered office of the Company, the Register of the Directors of the Company is the following:

| Name | Description | App. Date | Removal Date |
|---|---|---|---|
| Mr. Hans Gassner | Director | March 29, 2000 | Jan. 31, 2001 |
| Dr. Alex Wiederkehr | Director | March 29, 2000 | Jan. 31, 2001 |
| Dr. Kurt Alig | Director | March 29, 2000 | Jan. 31, 2001 |
| Mr. David K. Sims | Director | Jan. 31, 2001 | Aug. 31, 2004 |
| Lamberto Banchetti | Director | Jan. 31, 2001 | May 30, 2003 |
| Falcon Secretaries Ltd. | Secretary | Jan. 31, 2001 | Aug. 31, 2004 |
| Admiral Managers Ltd. | Director | May 30, 2003 | Aug. 31, 2004 |
| Mr. Rafael Alain | Director/President | Aug. 31, 2004 | |
| Mrs. Marta Saavedra | Director/Secretary | Aug. 31, 2004 | |
| Mrs. Silvia Clarke B. | Director/Treasurer | Aug. 31, 2004 | |

**Confidential pursuant to Securities and Exchange Act s.24(d).** FSAGJ0000137



5 To the best of our knowledge there are no actions, pending or threatened, against the Company and no resolutions have been passed for its voluntary winding up and no receiver has been appointed over its assets.

Dated this 28th day of June, 2007

MORGAN & MORGAN TRUST CORPORATION LIMITED
REGISTERED AGENT
Albalyra Morales Chandeck
Authorized Signatory

Confidential pursuant to Securities and Exchange Act s.24(d). FSAGJ0000138

EXHIBIT-0366-0018

MINUTES OF A MEETING OF THE BOARD OF DIRECTORS OF
AMRO INTERNATIONAL SA
("The Company")

At 10.00 a.m. July 22nd, 2004 notice to this meeting as to the time, place and purpose thereof having been waived by all persons entitled thereto, a meeting of the Board of Directors of the Company was held in the Principal Office of the Company.

Present at this meeting the Directors of the Company to wit :
HANS UELI BACHOFEN, MICHAEL KLEE and RUTH STREITENBURGER.

The Directors being present and having waived notice, the Chairman declared the meeting duly convened and constituted.

The Chairman indicated that the purpose of the meeting was to accept the resignation of the Directors and to appoint new Directors/Officers in the company and to change the Registered Agent and Office.

After a brief discussion of the matter brought before this meeting and upon motion duly made and seconded, the following resolution was unanimously approved.

RESOLVED

1. That the resignation of HANS UELI BACHOFEN, MICHAEL KLEE and RUTH STREITENBURGER be accepted with immediate effect.

2. That CYNTHIA DE RAVENEAU, LUIS A. DAVIS and PAMELA D. HALL be appointed as the new Directors and Officers of the Company.

3. That the Board of Directors and Officers are as follows:
   LUIS A. DAVIS -Director/President
   PAMELA D. HALL -Director/Secretary
   CYNTHIA DE RAVENEAU -Director/Treasurer

4. That the Registered Agent and Office of the Company is Morgan & Morgan, Swiss Tower Building, 53rd E Street, Urbanizacion Obarrio, Panama, Republic of Panama

There being no further business at this Meeting, it was declared closed and in witness thereof these Minutes have been issued, signed and sealed on the date and place first above written.

HANS UELI BACHOFEN
DIRECTOR

MICHAEL KLEE
DIRECTOR

Confidential pursuant to Securities and Exchange Act s.24(d).

TUSR
DECA

REPUBLIC OF PANAMA

PUBLIC REGISTRY OF PANAMA

16/08/2001

IN VIEW OF THE REQUEST: 278361

CERTIFIES:

*************THAT THE CORPORATION*************

AMRO INTERNATIONAL, S.A.
Is recorded at Card: 259680 Reel: 35356 Image: 17 since the twentieth day of May of the year ninety nine two.

That the Corporation is in force.

THAT ITS DIRECTORS ARE:
1 - HANS-UELI BACHOFEN
2 - MICHAEL KLEE
3 - RUTH STREITENBURGER

THAT ITS OFFICERS ARE:

| | | |
|---|---|---|
| PRESIDENT | - | HANS-UELI BACHOFEN |
| TREASURER | - | RUTH STREITENBURGER |
| SECRETARY | - | MICHAEL KLEE |

THE LEGAL REPRESENTATIVE: NOT STATED
RESIDENT AGENT. MORGAN Y MORGAN
That its Capital is *************10,000.00 American Dollars.
That its duration is perpetual.
That its address is in Panama
Issued and signed in Panama City on the sixteen day of August of the year Two Thousand One at 02:14:12.5 P.M.

NOTE- THIS CERTIFICATION HAS PAID A STAMP TAX OF B/.30.00 (THIRTY BALBOAS)<LOCAL CURRENCY EQUIVALENT TO AMERICAN DOLLARS>
VOUCHER No. 278361 dated August 16, 2001

(sgd. by) ORIEL CASTRO CASTRO
ORIEL CASTRO CASTRO
Certifier

Stamp reads: Public Registrar Office *Republic of Panama

THIS IS A TRUE AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT WRITTEN IN THE SPANISH LANGUAGE
Panama, August 21, 2001.

LETICIA GUTIERREZ CRUZ

Mrs. RUTH STREITENBURGER –Grossmünsterplatz 6, CH-8022, Zurich, Switzerland.— Said Directors shall remain in office until the General Assembly of Shareholders appoints new directors.—— TWELFTH: The first officers of the company shall be the following:————————————————

——NAME:———————————————OFFICE:———————————————

Mr. HANS-UELI BACHOFEN ————————— PRESIDENT ————————————

Mr. MICHAEL KLEE ————————————— SECRETARY ————————————

Mrs. RUTH STREITENBURGER ————————— TREASURER ————————————

Said Officers shall remain in office until a new election takes place.————

THIRTEENTH: Subscription: The number of shares which each subscriber to these articles of incorporation agrees to take is as follows:————————

——NAME:———————————ADDRESS:————————N° OF SHARES————

PABLO J. ESPINO—— 53rd Street, Urbanizacion Obarrio Torre Swiss Bank, ——————————— 16th Floor, Panama, Republic of Panama.—— 1- (ONE)——

ADELINA M. DE ESTRIBI– 53rd Street, Urbanizacion Obarrio Torre Swiss Bank, ——————————— 16th Floor Panama, Republic of Panama.—— 1- (ONE)——

FOURTEENTH: The Resident Agent of the corporation in the Republic of Panama shall be the law firm MORGAN Y MORGAN, whose address is at 53rd Street, Urbanizacion Obarrio Torre Swiss Bank, 16th Floor, Panama, Republic of Panama. In faith whereof, we have issued and signed these Articles of Incorporation in the city of Panama, Republic of Panamá, today the twelfth (12th) day of May in the year one thousand nine hundred ninety two (1992).————————————

(sgd.) Pablo J. Espino.———————— Adelina M. de Estribi.————————————

This document has been elaborated by the law firm MORGAN Y MORGAN.————

(sgd.) by: MORGAN Y MORGAN: Mirie De La Guardia de Mouynes.————————

Concuerda con su original esta copia que expido, firmo y sello en la Ciudad de Panamá, República de Panamá, a los dieciséis (16) días del mes de agosto del año dos mil uno (2001).

NOTARIA QUO[illegible]

REGISTRO P[illegible]

Derechos Pagados: B/. [illegible]

Panamá, [illegible]

FSAGJ0000141

Confidential pursuant to Securities and Exchange Act s.24(d).