UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>ANDREAS BADIAN, et al.,<br><br>DEFENDANTS. | :<br>:<br>:<br>:<br>:  06-CV-2621 LTS (JLC)<br>:<br>:<br>:<br>:<br>:<br>: |

DECLARATION OF KENNETH J. GUIDO

KENNETH J. GUIDO hereby declares under penalty of perjury, as follows:

1. I am counsel for the Securities and Exchange Commission ("Commission" or "SEC") in this action.

2. I submit this declaration in connection with the SEC's Memorandum in Opposition to Andreas Badian's ("Badian") November 9, 2011 Motion *in Limine* ("SEC's Opposition Memorandum").

3. Lodged herewith are the SEC's Attachments referred to in the SEC's Opposition Memorandum.

4. Attachment 1 is a true and correct copy of Magistrate Judge Eaton's Memorandum and Order dated January 26, 2009.

5. Attachment 2 is a true and correct copy of SEC's Trial Exhibit 7, SEC 21(a) Order dated June 17, 2002, Requiring Rhino to File Sworn Statement.

6.     Attachment 3 is a true and correct copy of excerpts from the Deposition of Robert F. Charron ("Charron") taken on June 12, 2008, in this action.

7.     Attachment 4 is a true and correct copy of an October 20, 2008, letter from the SEC to the Court requesting judicial resolution of a discovery dispute with Charron.

8.     Attachment 5 is a true and correct copy of an October 31, 2008, letter from the SEC to the Court responding to Badian's opposition to the SEC's letter of October 20, 2008.

9.     Attachment 6 is a true and correct copy of excerpts from the Deposition of Therese D. Pritchard ("Ms. Pritchard") taken on August 25, 2009, in this action.

10.    Attachment 7 is a true and correct copy of a November 4, 2009 joint letter from Badian and the SEC to the Court raising discovery dispute.

11.    Attachment 8 is a true and correct copy of SEC Trial Exhibit 208, Ms. Pritchard's sworn answers dated November 23, 2009, to Magistrate's Order at Docket No. 123.

12.    Attachment 9 is a true and correct copy of SEC Trial Exhibit 181, Ms. Pritchard's notes produced to SEC on August 25, 2009.

13.    Attachment 10 is a true and correct copy of SEC Trial Exhibit 4, Rhino's May 6, 2003, Sworn 21(a) Report.

14.    Attachment 11 is a true and correct copy of SEC Trial Exhibit 5, SEC's letter dated May 30, 2002, to Ms. Pritchard setting forth deficiencies in Rhino's May 6, 2003 Sworn Statement.

15.    Attachment 12 is a true and correct copy of SEC Trial Exhibit 6, Ms. Pritchard's June 18, 2003 response to SEC's letter of May 30, 2003, concerning Rhino's 21(a)(1) Sworn Statement.

16.    Attachment 13 is a true and correct copy of SEC Trial Exhibit 11, SEC's June 20, 2003, reply letter to the 6/20/03 letter from Ms. Pritchard.

17. Attachment 14 is a true and correct copy of SEC Trial Exhibits 47-1, Rhino's July 17, 2003, Revised 21(a) Sworn Report.

18. Attachment 15 is a true and correct copy of SEC Trial Exhibits 47-2, Charron's July 17, 2003, letter to SEC enclosing lists of documents he reviewed prior to signing Rhino's 21(a) Report.

19. Attachment 16 is a true and correct copy of SEC Trial Exhibit 182, e-mail dated September 24, 2002, from Ms. Pritchard to Thomas Badian.

20. Attachment 17 is a true and correct copy of SEC Trial Exhibit 183, e-mail trail dated June 25-27, 2002, between Ms. Pritchard, Thomas Badian and others.

21. Attachment 18 is a true and correct copy of SEC Trial Exhibit 188, draft letter dated July 5, 2002, from Ms. Pritchard to SEC (not sent).

22. Attachment 19 is a true and correct copy of Rhino's October 31, 2008, letter to SEC.

23. Attachment 20 is a true and correct copy of SEC Trial Exhibit 51-16, Badian's June 25, 2001, e-mail instructions to transfer funds.

24. Attachment 21 is a true and correct copy of SEC Trial Exhibit 178, June 25, 2001, wire transfer documents.

25. Attachment 22 is a true and correct copy of excerpts of SEC Trial Exhibit 305, JPMorganChase documents for wire transfer into Badian's N.Y. city account.

26. Attachment 23 is a true and correct copy of SEC Trial Exhibit 304, excerpts from Scheichet & Davis, Closing File for Badian's Manhattan residence.

27. Attachment 24 is a true and correct copy of SEC Trial Exhibit 306, JPMORGANCHASE wire transfer documents for transfers to purchase Badian's Manhattan residence.

28. Attachment 25 is a true and correct copy of SEC Trial Exhibit 120, Stipulation of Andreas Badian.

Pursuant to 28 U.S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC.
November 28, 2011

/s/ Kenneth J. Guido
Kenneth J. Guido