b.    Rhino sometimes called in trades directly to Frankel & Co. to be picked up by Canaccord, Dundy, or Westminster. Rhino's contact was Cody Corubia. These communications occurred regularly but Rhino is not sure of the dates because it does not have a record of the executing broker and no direct phone records.

    c.    The contact information for Frankel & Co. is:

        30 Montgomery Street

        Jersey City, NJ  07302

        212-943-6633

    d.    No agreements exist between Rhino and Frankel & Co.

**13**    **Hornblower and Fisher Company**

    Rhino has no information regarding this entity.

**14**    **Ladenburg Thalman ("Ladenburg")**

    a.    Ladenburg is hired by companies looking for financing. On occasion, Ladenburg has presented Rhino's clients with financing opportunities.

    b.    There were numerous telephone calls, meetings, and facsimiles regarding financing transactions proposed by Ladenburg, and the negotiation of various financing transactions for Amro, Creon, and their SPVs. The principal contacts at Ladenburg were as follows: James Cappuccio, Noam Rubinstein, Joseph Smith, Edward Tsuker and Michael Vasinkevich. Written communications with Ladenburg are included in the documents produced by Rhino pursuant to the Subpoena. See documents bates stamped R 5470 to R 21464 and Rhino's files.

    c.    The contact information for Ladenburg is:

SEC-BADIAN-00022886

EXHIBIT-0047-0025

>590 Madison Avenue
>
>New York, NY 10022
>
>212.409.2000
>
>800.523.8425

    d.    No agreements exist between Ladenburg and Rhino.

15    **Olympia Partners**

Rhino has no information regarding this entity.

16    **John O'Shea ("O'Shea")**

    a.    O'Shea is a principal at Westminster. Rhino's relationship with Westminster is described in Answer No. 22 to Question 14 below.

    b.    Communication with Westminster occurred daily via phone, facsimile, and e-mail regarding trades for Rhino's clients. Written communications with Westminster are included in the documents produced by Rhino pursuant to the Subpoena.

    c.    The contact information for O'Shea is:

>Westminster Securities Corporation
>
>100 Park Avenue
>
>28th Floor
>
>New York, N.Y. 10017
>
>Tel: 1-800-553-6428
>
>Facsimile: 212-376-8730

    d.    There are no agreements between Rhino and O'Shea.

17    **Pershing Division of DLJ ("Pershing")**

    a.    Pershing is a clearing house through which Westminster clears.

SEC-BADIAN-00022887

EXHIBIT-0047-0026

    b.    Rhino has not located any direct communications with Pershing.

    c.    The contact information for Pershing is:

> One Pershing Plaza
>
> Jersey City, NJ 07399

    d.    There are no agreements between Pershing and Rhino. There is a Margin Agreement between Pershing and Amro, Rhino's Client. There are also Margin Agreements between Pershing and each of Radyr Investments Ltd. and Creon Management S.A.

**18    Pond Equities LLC**

Rhino has no information regarding this entity.

**19    Refco Securities ("Refco")**

    a.    Refco is a brokerage house at which there are two trading accounts belonging to Amro. Contacts at Refco were Stacy Ellis, Barbara Johnston, Drillman and Spinner.

    b.    Refco communicated by telephone concerning trading orders and by mail and facsimile for account statements.

    c.    The contact information for Refco is:

> Refco Group Ltd. LLC
>
> One World Financial Center
>
> 200 Liberty Street Tower A
>
> New York, NY 10281
>
> Tel: 212-693-7000

    d.    There are no agreements between Rhino and Refco. There are account opening agreements and trading authorizations between Refco and Amro, Rhino's client.

**20    Sedona Corporation**

    a.    See Answer to Question No. 12.

SEC-BADIAN-00022888

EXHIBIT-0047-0027

  b. See Answer to Question No. 12. In addition, communication occurred between Rhino and the following individuals: William Williams, Marco Emerich, and Michael Mulshine.

  c. The contact information for Sedona is:

    455 South Gulph Road, Suite 300

    King of Prussia, PA 19406-9564

    Tel: 1-800-815-3307

  d. See Answer to Question No. 12.

21 **Jacob Spinner**

  a. Spinner is a trader at Refco. See Answer 19 to Question 14.

  b. Communication regarding trading occurred via telephone, and in certain instances, via facsimile.

  c. The contact information for Spinner is:

    Refco Group Ltd. LLC

    One World Financial Center

    200 Liberty Street Tower A

    New York, NY 10281

    Tel: 212-693-7000

  d. There are no agreements between Rhino and Spinner.

22 **Westminster**

  a. Westminster is a brokerage house at which there are several trading accounts belonging to Rhino, Amro and Creon and the following SPVs: Albans Investments, Apriori Investments Limited, Battlecreak Investments Ltd., BNC Bach International Inc., Brewers Bay Holdings Ltd., Cambois Finance Inc., Castlebar Enterprises Ltd., Cockfield Holdings Ltd., Cody Holdings Inc., Copira Investments, Coriander Enterprises Ltd., Coxton Ltd., Creon Mgmt SA,

– 28 –

SEC-BADIAN-00022889

EXHIBIT-0047-0028

Euston Investments Ltd., Evertrend Holdings Ltd., Fabletech Enterprises Ltd., Fibertech Holdings Ltd., Folkinburg Investments Ltd., Gestrow Investments Ltd., Helenville Holdings Ltd., Hillgreen Investments Ltd., Hockbury Limited, Impany Investments Ltd, Investwell Investments Ltd., Ironhead Investments Inc., Jadesburg Ltd., Jashell Investments Ltd., Jaspas Investments Ltd., Justicia Holdings, Karencove Ltd., Kedrick Investments Ltd., Kinesis Investments Ltd., Lamothe Investing, Mabcrown Inc., Majorlink Holdings, Maranatha Holdings Ltd., Milestone Development, Moldbury Holdings, Morganfield Investments, Mothlake International Ltd., Palmar Enterprises Ltd., Paul Revere Capital, Plumrose Holdings Ltd., Radyr Group Investments Ltd., Rellian Investments Ltd., Rhossili Investments Ltd., Roseworth Group Ltd., Sabalon Investments Limited, Sativum Investments Ltd., Scaffold International Ltd., Scottmark Enterprises Inc., Seacrown Ltd., Sibson Holdings, Splendid Rock Holdings Ltd., St. Annes Investments Ltd., Suerez Enterprises Ltd., Sugarplum Investment, Sundowner Investments Ltd, Tashdale Ltd., Techrich International Ltd., Thumberland Ltd., Townsbury Investments Ltd., Tradersbloom Ltd., Treadstone Investments, Villabeach Investments Ltd., Wanquay Ltd., Whitsend Investments Ltd., Wishmasters Ltd.

The account manager at Westminster was O'Shea. Other contacts included Sean Britton, Rick Di Gilio, Angelique Xirouhakis, Michael Dowling, and Marika Xirouhakis. Rhino received account statements on behalf of the designated entities.

    b.    Westminster communicated by telephone concerning trading orders and by facsimile and mail for account statements and sweeps. Written communications with Westminster are included in the documents produced by Rhino pursuant to the Subpoena. See documents bates stamped R 21496 to R 21516 and in Rhino's files.

    c.    The contact information for Westminster is:

– 29 –

SEC-BADIAN-00022890

EXHIBIT-0047-0029

Westminster Securities Corporation

100 Wall Street

7th Floor

New York, N.Y. 10005

Tel: 1-800-553-6428

Facsimile: 212-878-6599

4. There are account opening and trading authorizations agreements.

23   **Wexford Clearing**

Rhino has no information regarding this entity.

### Question No. 15

Identify all documents concerning each financing agreement (including any convertible debenture, warrant or other instrument conveying stock purchase or acquisition rights) to which Sedona is a party including, but not limited to, conversion notices, correspondence, e mails and notes. Identify the location of the documents and if they are in Rhino's possession, custody or control.

### Answer No. 15

Such documents have been produced pursuant to the Subpoena, and can be found at

documents bates stamped R 13510 to R 15711. See Answer to Question No. 12.

### Question No. 16

Explain in detail the strategies, if any, that Rhino utilized in trading the stock of Sedona from November 1, 2000 to the present for retail accounts in the name of Amro or Creon or over which Rhino or its principals exercised trading authority or control, including, but not limited to, the rationale for the price and timing of each trade, and the reason why each trade was made with a specific contra party.

### Answer No. 16

See Answer to Questions No. 1 and No. 12.

- 30 -

SEC-BADIAN-00022891

EXHIBIT-0047-0030

### Question No. 17

From January 1, 1999 to the present, identify all of the "investment banks and financial institutions" with which Rhino has worked as stated on Rhino's Web site. For each entity identified, identify (1) when and how Rhino's relationship began with the entity; (2) the name, address, telephone number and e mail address for Rhino's principal contact at the entity; (3) the identities of all individuals associated with each of these entities with which Rhino has had communications of any kind; (4) each financing transaction in which the entity participated; and all compensation in any form whatsoever received by Rhino from the entity.

### Answer No. 17

It is my understanding that Rhino began to develop a website that was never completed and was never accessible by the general public. Rhino does not have a formal banking relationship with any investment banks, however, Rhino learns from investment banking firms and other intermediaries of companies in need of financing. These firms are as follows: U.S. Bancorp Piper Jaffray, Adams Harkness, AG Edwards, American Capital Strategies, Bank of America, Brean Murray, Cardinal Capital, CIBC, Credit Lyonnaise, Davenport & Co., DP Securities Inc., Fahnestock & Co., Falcon Consulting Company, Friedman Billings Ramsey, GKN Securities, Grady Hatch & Co., Granite Financial, Gruntal & Co., HC Wainwright, Intellect Capital, Jesup & Lamont Securities, JP Morgan, Keating Investments, LLC, Ladenburg Thallmann & Co. Inc., Lehman Brothers, LH Financial, Libra Finance, Millennium Capital, Montrose Capital Management, Morgan Keegan, Needham & Company, Pacific Crest Securities, Roth Capital Partners, Settondown Capital International, Ltd., Shoreline Pacific, Trinity Capital Advisors, Inc., Union Atlantic, LC, Westminster Securities, and William Blair & Company. Rhino has not received compensation from any of these entities.

### Question No. 18

Identify all persons or entities that prepared or assisted in the preparation of the drafting of the information contained at the Web sites www.rhinoadvisors.com and www.lyrical.co.uk/Rhino concerning Rhino and its services. Provide the date the information first appeared on the Web sites and whether the information has changed. If the information has

SEC-BADIAN-00022892

EXHIBIT-0047-0031

changed, describe in detail when and how it has changed. As to each individual identified, provide the following contact information: home and business addresses; home, business, pager, and cellular telephone numbers; facsimile numbers (home and business); and electronic mail addresses. As to each entity identified, provide address and telephone number.

### Answer No. 18

A website for Rhino was in the process of being created by Lyrical Computing Ltd. This website was never finalized and was not accessible by the general public. Thomas Badian and Andreas Badian participated in the preparation of the website.

### Question No. 19

Identify all persons or entities that are or have ever been investors in, shareholders of, partners in or owners of Amro International S.A. or Creon Management.

### Answer No. 19

The sole shareholder of Creon is Neil Galloway. That conclusion is based on an e-mail dated 7/9/01 from Arlene de Castro, assistant secretary of Beacon. The shareholders of Amro are Pablo J. Espino and Adelina M. de Estribi.

### Question No. 20

State the total dollar amount of all of the financing or similar agreements that Rhino has arranged on behalf or for the benefit of Amro.

### Answer No. 20

The total dollar amount of all the financings or similar agreements for which Rhino represented Amro is $136,469,937.

### Question No. 21

State the total dollar amount that Amro has received as a result of financing or similar agreements that Rhino has arranged on behalf of Amro, including, but not limited to, cash received from debentures and profit from the purchase and sale of stock.

### Answer No. 21

SEC-BADIAN-00022893

EXHIBIT-0047-0032

t Amro has received as a result of financing or similar

:d Amro, including, but not limited to, cash received from

:hase and sale of stock is $142,547,022 (not including

iebentures or unsold shares.)


vice provider and the e-mail address and any screen name for
; and principals.


:rnet service provider. The e-mail address and screen name

cers and principals is as follows:


visors.com and andreas0@aol.com

/isors.com and tbadian@aol.com

ors.com

advisors.com

sors.com

visors.com


rent local, wireless and long distance telephone carriers that
; use in conducting business for or on behalf of Rhino, and
no and its officers and employees use in conducting business

| ?Stream ess service: | AT&T Wireless: |
|---|---|
| 403-9575 | 917-679-2624 |
|  | 917-742-7020 |
|  | 917-860-4430 |
|  | 917-951-8112 |
|  | 917-603-2636 (in the name of Stefan P. Siegal) |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ROBERT F. CHARRON

– 33 –

SEC-BADIAN-00022894

EXHIBIT-0047-0033

SEC-BADIAN-00022895

EXHIBIT-0047-0034

EXHIBIT A - LIST OF SPV's

### Amro International S.A.

BNC Bach International Limited
Hillgreen Investments Limited
Hockbury Limited
Linicro Investments Limited
St. Annes Investments Limited
Rhossili Investments Limited
Netlink International Limited
Morganfield Investments Limited

### Creon Management S.A.

Abasilio Limited
Actionpac Holdings Limited
Adorno Investments Limited
Albans Investments Limited
Alcaig International Limited
Allium Investments Limited
Althea International Investments Inc.
Amwell Limited
Anethum Investments Limited
Apriori Investments Limited
Ashlink Limited
Asquith Enterprises Limited
Battlecreak Investments Limited
Belmont Park Investments Inc.
Brewer's Bay Holdings Ltd.
Brockbridge Trading Limited
Brooke Bond International
Cambois Finance Limited
Castlebar Enterprises Limited
Cockfield Holdings Limited
Cody Holdings Inc.
Copira Investments Inc.
Coriander Enterprises Limited
Coxton Limited
Crabbetree International Limited
DTKA Holdings Limited
Euston Investment Limited
Evertrend Holdings Limited
Fabletech Enterprises Limited
Fancyview International Limited
Ferlindo Holdings
Fibertech Holdings Limited
Folkinberg Investments Limited
Gestrow Investments Limited
Gloryland Enterprises Limited
Gravel Holdings Limited
Helenville Holdings Limited
Immanuel Kant International Limited
Impany Investments Limited

EXHIBIT A - LIST OF SPV's

Investwell Investments Ltd.
Ironhead Investments Inc.
Jadesburg Limited
Jashell Investments Limited
Jaspas Investments Limited
Justicia Holdings Limited
Karencove Limited
Kedrick Investments Limited
Kinesis Investments Limited
Kingholm Limited
KTH Holdings Inc.
Majorlink Holdings Limited
Maranatha Holdings Limited
Maya Cove Holdings
Miles End Trading Limited
Milestone Development
Moldbury Holding Limited
Mothlake International Limited
Moxon Enterprises Limited
New Leed Trading Limited
Nolton Investments Limited
Omega Financial International Inc.
Palmar Enterprises Limited
Panton International Holdings Limited
Parataxis International Limited
Paul Revere Capital
Plumrose Holdings Limited
Radyr Investments Limited
Ranshire Holdings Limited
Rellian Investments Limited
Roseworth Group Limited
Sabalon Investments Inc.
Sativum Investments Limited
Scaffold International Limited
Seacrown Limited
Selantra Holdings Limited
Sibson Holdings Limited
Silvercreek Enterprises Limited
Soldier Holdings Inc.
Splendid Rock Holdings Limited
Starvest Investments Limited
Suerez Enterprises Limited
Sugarplum Investments Limited
Sundowner Investments Limited
Tashdale Limited
Technobest Holdings Limited
Techrich International Limited
Theddingworth International Limited
Thumberland Limited
Townsbury Investments Limited
Tradersbloom Limited
Treadstone Investments Limited

SEC-BADIAN-00022896

EXHIBIT-0047-0036